IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

05 MAY -3 PM 4:16

CV-05-CO-0936-S

Inmate Identification Number: _____

Duntay Caldwell
(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Jimmy Abbott
alondo Jones

(Enter above full name(s) of the defendant(s) in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.*

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )     No ( ✓ )

   B.  If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s):  _____

           Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )    No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )    No ( )

C. If your answer is YES:

1. What steps did you take? i filled out a grievance concerning the problems i had after i was in an altercation or fight

2. What was the result? _____

D. If your answer is NO, explain why not? _____

2

I.  Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff(s) Duntay Caldwell

Address 316 industrial park Drive Dadeville al 36853 tallapoosa county jail

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B.  Defendant alondo Jones

is employed as Jailer

at tallapoosa county jail

C.  Additional Defendants Jimmy abbett sheriff

V.  Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

i was in a fight april 27 2005 i was in another fight thursday april 28th 2005 because i was put back in the same cell and then alonde jones came in and sprayed us with pepper spray then he took me to a holding cell and i've been trying to get medical attention since friday april 28th 2005 i've been bitten badly on my side i have a broken hand and still have pepper in my eyes and they wont even wash my eyes out with saline solution

3

_____
_____
_____
_____
_____
_____

**RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

i want to file a class action civil law suite for pain and suffering neglegence in the fact that they didnt seperate me and the other prisoner i was having trouble with and failer to provide me with medical attention i want to sue for the amount of one hundred thousand dollars
_____

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5-1-05_____.

_____
Signature(s)