FILED
2005 Aug-02 PM 01:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DUNTAY CALDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:05-cv-00936-LSC-TMP |
| ) | |
| JIMMY ABBETT and ALONDO JONES, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The magistrate judge filed a report and recommendation on June 23, 2005, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. No response has been filed by any party.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED that this case be TRANSFERRED to the United States District Court for the Middle District of Alabama for further proceedings.

---

[1] It is noted that the copy of the Report and Recommendation mailed to the plaintiff at the address provided by him was returned to the court by the United States Postal Service bearing the following notation: "Not Here". Although plaintiff has failed to notify the court of any address change, court personnel has ascertained that plaintiff is presently incarcerated at Bullock Correctional Facility.

Done this <u>2nd</u> day of <u>August 2005</u>.

                                      */s/ L. Scott Coogler*
                                      L. SCOTT COOGLER
                                UNITED STATES DISTRICT JUDGE
                                               124153