**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sheriff Jimmy Abbett
   Tallapoosa County Jail
   316 Industrial Park Drive
   Dadeville, AL 36853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Toni McCary_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Toni McCary
C. Date of Delivery: 9-1-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0001 0150 5856

PS Form 3811, February 2004    Domestic Return Receipt    2595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Toni McCain  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Toni McCain  9-1-05 |
| 1. Article Addressed to:<br><br>Jailer Alondo Jones<br>Tallapoosa County Jail<br>316 Industrial Park Drive<br>Dadeville, AL 36853<br><br>05cv796cmp | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7004 2510 0001 0150 5863 |
| PS Form 3811, February 2004   Domestic Return Receipt | 02-M-1540 |