**Exhibit A**
**Inmate File of Duntay Caldwell, Alabama Uniform**
**Arrest Report**
**dated December 9, 2004**

# ALABAMA UNIFORM ARREST REPORT

| | Fingerprinted | R&I Completed |
|---|---|---|
| | ☐ Yes ☒ No | ☐ Yes ☒ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI # 0 6 2 0 0 0 0 | 2 AGENCY NAME Tallapoosa County Sheriff Department | 3 CASE # 0 4 1 2 0 0 0 9 2 | 4 SFX |
|---|---|---|---|

| 5 LAST, FIRST, MIDDLE NAME Caldwell,Duntay Trellis | | 6 ALIAS AKA |
|---|---|---|

| 7 SEX ☒M ☐F | 8 RACE ☒W 1 ☐B 3 ☐A 4 | 9 HGT 510 | 10 WGT 165 | 11 EYE Bro | 12 HAIR Blk | 13 SKIN | 14 ☐ 1 SCARS ☐ 2 MARKS ☒ 3 TATTOOS ☐ 4 AMPUTATIONS |
|---|---|---|---|---|---|---|---|

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) Tallapoosa    Al. | 16 SSN ▓▓▓ | 17 DATE OF BIRTH ▓▓▓ | 18 Age 31 | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| 24 FBI # | HENRY CLASS | | | | | | | | |
| | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 ☐ RESIDENT ☒ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) ▓▓▓ Momtgomery,Al. | 28 RESIDENCE PHONE 334-▓▓▓ | 29 OCCUPATION (BE SPECIFIC) car detailer |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Fast Track | 31 BUSINESS ADDRESS ( STREET, CITY, STATE) Montgomery,Al. | 32 BUSINESS PHONE 334 272-0087 |
|---|---|---|

## ARREST

| 33 LOCATION OF ARREST ( STREET, CITY, STATE, ZIP) Montgomery City Jail | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION ☒ IN STATE ☐ OUT STATE AGENCY | ☒ YES ☐ NO |
|---|---|---|---|

| 36 CONDITION OF ARRESTEE | ☐ DRUNK ☐ DRINKING | ☒ SOBER ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES? ☐ OFFICER ☐ ARRESTEE | ☒ NONE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ 1 HANDGUN ☐ 2 RIFLE ☐ 3 SHOTGUN | ☐ 4 OTHER FIREARM ☐ 5 OTHER WEAPON |
|---|---|---|---|---|---|---|---|---|

| 41 DATE OF ARREST 1 2 0 9 0 4 | 42 TIME OF ARREST 1:30 ☐ 1. AM ☒ 2. PM ☐ 3. MIL | 43 DAY OF ARREST ☐S ☐M ☒T ☐W ☐T ☐F ☐S | 44 TYPE ARREST ☒ 1 ON VIEW ☐ 2 WARRANT ☒ CALL | 45 ARRESTED BEFORE? ☐ Y ☒ N ☐ UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE-1 ☒ FEL ☐ MISD probation Violation | 47 UCR CODE 5012 | 48 CHARGE-2 ☐ FEL ☒ MISD probation violation | 49 UCR CODE 5012 |
|---|---|---|---|
| 50 STATE CODE/LOCAL ORDINANCE 15-22-54 | 51 WARRANT # cc2000-102 | 52 DATE ISSUED 0 8 3 1 0 4 | 53 STATE CODE/LOCAL ORDINANCE 15-22-54 | 54 WARRANT # cc2000-216 | 55 DATE ISSUED 0 8 3 1 0 4 |

| 56 CHARGE-3 ☒ FEL ☐ MISD probation violation | 57 UCR CODE 5012 | 58 CHARGE-4 ☐ FEL ☒ MISD FTP | 59 UCR CODE 5015 |
|---|---|---|---|
| 60 STATE CODE/LOCAL ORDINANCE 15-22-54 | 61 WARRANT cc2000-217 | 62 DATE ISSUED 0 8 3 1 0 4 | 63 STATE CODE/LOCAL ORDINANCE 13A-10-40 | 64 WARRANT # TR1998 | 65 DATE ISSUED 0 8 1 7 0 4 |

| 66 ARREST DISPOSITION ☒ HELD ☐ BAIL ☐ RELEASED | ☐ TOT-LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|---|
| | | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIС | 77 LIY |
|---|---|---|---|---|---|---|---|
| 78 VIN | | | | | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # | |
| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | | | | | | | |

## JUVENILE

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF TO WELFARE AGENCY ☐ REF TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | ☐ CONTINUED IN NARRATIVE | 83 RELEASED TO |
|---|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|
| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |

## RELEASE

| 91 DATE AND TIME OF RELEASE M M D D Y Y | ☐ 1. AM ☐ 3. MIL ☐ 1. PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|---|

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY/ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE STATE USE |
|---|---|---|

| MULTIPLE SEE CLOSED | 104 CASE # 0 4 1 2 0 0 0 9 2 | 105 SFX A | 106 CASE # 0 4 1 2 0 0 0 9 2 | 107 SFX B | 108 CASE # 0 4 1 2 0 0 0 9 2 | 109 SFX C | 110 ADDITIONAL CASES CLOSED ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|
| 111 ARRESTING OFFICER (LAST, FIRST, M) ▓ayne,Lucian M. | 112 ID # 012 | 113 ARRESTING OFFICER (LAST, FIRST, M) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR ID # |

**TYPE OR PRINT IN BLACK INK ONLY**

AC JIC  36 REV. 10-90

**ADDITIONAL ARREST NARRATIVE CONTINUED**

1 2 0 9 0 4  1:30    □ AM ☒ PM MIL  118 CASE # 0 4 1 2 0 0 0 9 2  1

120 ADDITIONAL ARREST INFORMATION

#5 041200092-E FTP-TR1998-847 13A-10-40 5015 08-17-04
#6 041200092-F FTA-TR1998-848 13A-10-40 5015 08-17-04
#7 041200092-G FTA-TR1998-849 13A-10-40 5015 08-17-04
ON 12-0904 Duntay T. Caldwell was placed under arrest on charges listed at the Montgomery County Jail and transported back to the Tallapoosa County Jail.

NARRATIVE

**Exhibit B**
**Inmate File, Orders**

 

IN THE DISTRICT COURT OF TALLAPOOSA COUNTY
DADEVILLE, ALABAMA

STATE OF ALABAMA                    )
                                    )
VS.                                 )
                                    )  CASE NO. _TR-98-846_
_Duntay Caldwell_                   )           _TR-98-847_
DEFENDANT                           )           _TR-98-848_
                                    )           _TR-98-849_
                                    )

## ORDER

    The District Attorney's Restitution Recovery Division has advised this Court that the above named Defendant has failed to comply in paying Court Ordered restitution, costs, fines, and fees as previously ORDERED by this Court. On ___4/20/04___ Defendant was Ordered to pay $ __50.00__ per __Month__ beginning ___5/1/04___ and Defendant owes $ __250.00__ to be in **COMPLIANCE AS OF** ___September___. Defendant last paid on ___Never___ the sum of $_____.

    IT IS ORDERED that a **FAILURE TO COMPLY WRIT OF ARREST BE ISSUED** in this matter. Defendant can purge from the Tallapoosa County Jail upon payment of $ __250.00__ to bring him/her under compliance as of __September__...plus any payments due from this date until time of arrest...and Defendant make a bond for the next Restitution Recovery Court Date.

    Done this the __11th__ day of __August__ 2004.

                                                      DISTRICT JUDGE

Defendant Address: ████████████████
__Montgomery, AL 36107__
Race: _B_  Sex: _M_  Date of Birth: ██████ 3
SS# ████████  DL#_____ State_____
COMMENTS:_____

Executed this _____ day of _____, 2004, by arresting defendant and
( ) placing in the Tallapoosa County Jail
( ) allowing defendant to purge upon payment of $_____ to the Circuit Clerk's office and making bond for _____.

 

JAIL
FILE

IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY
AT ALEXANDER CITY, ALABAMA

STATE OF ALABAMA,　　　　　　　)
　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　)　　　Case No. CC-00-102, 216, 217
　　　　　　　　　　　　　　　　)
DUNTAY TRELLIS CALDWELL,　　　)
　　　　Defendant.　　　　　　　　)

## ORDER

The Court is in receipt of an Officer's Report on Delinquent Probationer filed by the Probation Officer alleging that the Defendant has violated the terms of his probation as follows: Charge No. 1] Failure to Report to Probation Officer as Directed, Charge No. 2] Failure to Pay Supervision Fees; and Charge No. 3] Failure to Pay Court Ordered Monies.

The Court ORDERS the issuance of a writ of arrest for the Defendant, DUNTAY TRELLIS CALDWELL. The Defendant is to be taken into custody and the Court, counsel for the Defendant and the Probation Office are to be notified upon the Defendant's arrest. The Defendant is to be held in custody, without bond, pending a probation revocation hearing, which shall be scheduled upon his arrest.

The Defendant's probation is tolled, and the defendant will not successfully complete probation unless and until the defendant comes into full compliance with the terms and conditions of probation.

The Clerk of the Court is to mail a copy of this Order to the Office of the District Attorney, counsel for the Defendant, the Tallapoosa County Sheriff's Office & Jail Administrator and the Parole and Probation Office. A copy of this Order is to be personally served on the Defendant at the time of arrest.

SIGNED this 27th day of August, 2004.

8-31-04
DA
Philip Thompson
TCSO & Jail Administrator
Parole & Probation Office
Duntay Trellis Caldwell (for service)

TOM F. YOUNG, JR.
Circuit Judge



**Exhibit C**
**Inmate File, Writs of Arrest**



DISTRICT COURT OF TALLAPOOSA COUNTY

WRIT OF ARREST     TR 1998 000847.00
JID: RAY D. MARTIN

THE STATE OF ALABAMA          VS CALDWELL DUNTAY TRELLIS

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: CALDWELL DUNTAY TRELLIS
AND BRING HIM BEFORE THIS COURT TO ANSWER THE STATE FOR THE FAILURE TO PAY
OR APPEAR ON THE CHARGE OF DRIVE W/SUSPENDED     ISSUED ON  07/27/1998
AS HERETOFORE ORDERED.

WITNESS MY HAND THIS      AUGUST 17, 2004.

BOND SET AT: NO BOND          -

                                        JUDGE/CLERK/MAGISTRATE

DEFENDANT'S ADDRESS:               DEFENDANT'S DESCRIPTION:

                                   HT: 509    WT: 160
                                   HAIR: BLK  EYE: BRO
          , AL         0000        BIRTH DATE: ▮▮▮▮▮1973
                                   RACE: B     SEX: M
  SOC SEC:
  DL #:                            VEH:  AL0000

  ALIAS:

  EMPLOYER: _____    PHONE NO: (000) 000-0000

  TICKET NUMBER: M0767467          AGENCY/OFFICER: AST6200/TORKERHA

NOTE:

( ) IF THIS BLOCK IS CHECKED, THE DEFENDANT MAY BE RELEASED UPON
PAYMENT TO THE COURT THE FINE AND COST OF          $308.00

OFFICER'S RETURN:
RECEIVED ON _____
EXECUTED ON ___12-09-04_____   BY: _Lucius M. Payne_
( ) DEFENDANT ARRESTED, RELEASED ON BOND
(X) DEFENDANT ARRESTED, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

___Jimmy Abbott_____        ___Lucius M. Payne_____
SHERIFF                        OFFICER

COPY

Received
AUG 2▮ ▮▮
Tallapoosa Co. Sheriff's Dept.
Warrant Section

OPERATOR:RAC
PREPARED:08/17/2004



O4120053 D                    15392

DISTRICT COURT OF  TALLAPOOSA COUNTY

WRIT OF ARREST          TR 1998 000846.00
                        JID: RAY D. MARTIN

---

THE  STATE OF ALABAMA          VS CALDWELL DUNTAY TRELLIS

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: CALDWELL DUNTAY TRELLIS
AND BRING HIM BEFORE THIS COURT TO ANSWER THE STATE FOR THE FAILURE TO PAY
OR APPEAR ON THE CHARGE OF SPEEDING 25MPH OVER  ISSUED ON  07/27/1998
AS HERETOFORE ORDERED.

WITNESS MY HAND THIS     AUGUST 17, 2004.

BOND SET AT: NO BOND          -
                              JUDGE/CLERK/MAGISTRATE

---

DEFENDANT'S ADDRESS:              DEFENDANT'S DESCRIPTION:

███████████████                  HT: 509     WT: 160
                                 HAIR: BLK    EYE: BRO
███████ , AL ███ 0000            BIRTH DATE: ███/1973
                                 RACE: B     SEX: M
SOC SEC: ████████
DL #: ███                        VEH:  AL0000

ALIAS: █

EMPLOYER: _____        PHONE NO: (000) 000-0000

TICKET NUMBER: M0767466          AGENCY/OFFICER: AST6200/TORKERHA

NOTE:

---

( ) IF THIS BLOCK IS CHECKED, THE DEFENDANT MAY BE RELEASED UPON
    PAYMENT TO THE COURT THE FINE AND COST OF              $230.00

OFFICER'S RETURN:
RECEIVED ON _____
EXECUTED ON ___12-00-04___  BY: _Lusin M Layne_
( ) DEFENDANT ARRESTED, RELEASED ON BOND
(X) DEFENDANT ARRESTED, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

_Jimmy Abbott_              _Lucian M. Payne_
SHERIFF                    OFFICER

Received
COPY
Tallapoosa Co. Sheriff Dept
Warrant Section

OPERATOR: RAC
PREPARED: 03/17/2004



R351

ALABAMA JUDICIAL DATA CENTER
CIRCUIT COURT OF TALLAPOOSA COUNTY

WRIT OF ARREST
PROBATION REVOCATION  CC 2001 000211...
3RD: A. PAUL REGREST

THE STATE OF ALABAMA          VS CALDWELL DUNTAY TRELLIS

O ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: CALDWELL DUNTAY TRELLIS
AND BRING HIM BEFORE THIS COURT TO SHOW CAUSE WHY THE ORDER OF PROBATION
IN THIS CASE SHOULD NOT BE REVOKED.

ORIGINAL CHARGE(S):                    CHARGE(S) AT DISPOSITION:
  1. BURGLARY 3RD DEGREE                 1. BURGLARY 3RD DEGREE
  2. THEFT OF PROP 3RD                    2.

WITNESS MY HAND THIS   AUGUST 31, 2004.

                                   _Frank Lucas_
                                        JUDGE

BOND SET AT:   NO  BOND

DEFENDANT'S ADDRESS:          DEFENDANT'S DESCRIPTION:

~~███████████~~               HT: 5'10" WT: 165
                              HAIR: BLK   EYE: BRO
MONTGOMERY       , AL 36104 0000    BIRTH DATE: ████ 1973
                              RACE: B   SEX: M
                              SID#: 000000000
                              SSN#: ███████████

ALIAS:

EMPLOYER: _____        PHONE NO: _____

TICKET NUMBER: _____     AGENCY/OFFICER: 06201004/JONES

NOTE: JUDGE YOUNG, PHILIP THOMPSON & THE PROBATION OFFICE ARE TO BE
      NOTIFIED UPON THE DEFENDANT'S ARREST

OFFICER'S RETURN:
RECEIVED ON _____
EXECUTED ON _____13-09-04_____     BY: _Lucia M Payn_

( ) DEFENDANT ARRESTED, RELEASED ON BOND
(✗) DEFENDANT ARRESTED, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER

_Jimmy Abbott_              _Lucia M Payn_
SHERIFF                     OFFICER

Received
DEC 8 2004
Tallapoosa Co. Sheriffs Dept.

COPY

OPERATOR:CAP
PREPARED:08/31/2004



DISTRICT COURT OF TALLAPOOSA COUNTY

WRIT OF ARREST       TR 1998 000848.00
                      JID: RAY D. MARTIN

        THE STATE OF ALABAMA       VS CALDWELL DUNTAY TRELLIS

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: CALDWELL DUNTAY TRELLIS
AND BRING HIM BEFORE THIS COURT TO ANSWER THE STATE FOR THE FAILURE TO PAY
OR APPEAR ON THE CHARGE OF RECKLESS DRIVING     ISSUED ON  07/27/1998
AS HERETOFORE ORDERED.

WITNESS MY HAND THIS    AUGUST 17, 2004.

BOND SET AT: NO BOND        -

                                    JUDGE/CLERK/MAGISTRATE

DEFENDANT'S ADDRESS:              DEFENDANT'S DESCRIPTION:

                                  HT: 509    WT: 160
                  , AL      0000  HAIR: BLK  EYE: BRO
                                  BIRTH DATE:      /1973
                                  RACE: B    SEX: M
   SOC SEC:
   DL #:                          VEH:  AL0000

   ALIAS:

   EMPLOYER: _____      PHONE NO: (000) 000-0000

   TICKET NUMBER: M0767468        AGENCY/OFFICER: AST6200/KORKERHA

NOTE:

( ) IF THIS BLOCK IS CHECKED, THE DEFENDANT MAY BE RELEASED UPON
   PAYMENT TO THE COURT THE FINE AND COST OF          $340.50

OFFICER'S RETURN:
RECEIVED ON _____
EXECUTED ON ___12-09-00_____    BY: _____
( ) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

____Jimmy Abbett_____    _____
SHERIFF                      OFFICER

OPERATOR:RAC
PREPARED:08/17/2004

C420C972    15427



ACR351                    ALABAMA JUDICIAL DATA CENTER
                      CIRCUIT COURT OF TALLAPOOSA COUNTY

                              WRIT OF ARREST
                    PROBATION REVOCATION  CC 2000 000102.00
                              JID: R. DALE SEGREST

        THE  STATE OF ALABAMA        VS CALDWELL DUNTAY TRELLIS

TO ANY LAW ENFORCEMENT OFFICER:

   YOU ARE HEREBY COMMANDED TO ARREST: CALDWELL DUNTAY TRELLIS
   AND BRING HIM BEFORE THIS COURT TO SHOW CAUSE WHY THE ORDER OF PROBATION
   IN THIS CASE SHOULD NOT BE REVOKED.

ORIGINAL CHARGE(S):                    CHARGE(S) AT DISPOSITION:
   1. BURGLARY 3RD DEGREE                 1. BURGLARY 3RD DEGREE
   2. THEFT OF PROP 1ST

WITNESS MY HAND THIS   AUGUST 31, 2004

                                        Frank Lucas, Q
                                              JUDGE

BOND SET AT:   NO BOND


DEFENDANT'S ADDRESS:           DEFENDANT'S DESCRIPTION:

██████████████████             HT: 5'10" WT: 165
                               HAIR: BLK  EYES: BRO
MONTGOMERY        , AL 36104 0000   BIRTH DATE: ████████ 1973
                               RACE: B   SEX: M
                               SID#: 000000000
                               SSN#: ████████████

ALIAS:

EMPLOYER:                          PHONE NO:

TICKET NUMBER:          AGENCY/OFFICER: CS201004/MORGAN

NOTE: JUDGE YOUNG, PHILIP THOMPSON & THE PROBATION OFFICE ARE TO BE
      NOTIFIED UPON THE DEFENDANT'S ARREST.


OFFICER'S RETURN:
RECEIVED ON :
EXECUTED ON :    12-09-04            BY:  Lucian B. Payne

( ) DEFENDANT ARRESTED, RELEASED ON BOND
(X) DEFENDANT ARRESTED, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER

Timmy Abbett                    Lucian B Payne
SHERIFF                         OFFICER

OPERATOR TAP
PREPARED 08/31/2004

ACR351

ALABAMA JUDICIAL DATA CENTER
CIRCUIT COURT OF TALLAPOOSA COUNTY

WRIT OF ARREST
PROBATION REVOCATION CC 2002 000212.00
SID: P. GAIL SEGREST

THE STATE OF ALABAMA          VS CALDWELL DUNTAY TRELLIS

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: CALDWELL DUNTAY TRELLIS
AND BRING HIM BEFORE THIS COURT TO SHOW CAUSE WHY THE ORDER OF PROBATION
IN THIS CASE SHOULD NOT BE REVOKED.

ORIGINAL CHARGE(S):                      CHARGE(S) AT DISPOSITION:
  1. BURGLARY 3RD DEGREE                   1. BURGLARY 3RD DEGREE
  2. THEFT OF PROP 1ST                     2.

WITNESS MY HAND THIS   AUGUST 31, 2004

                                          _Frank Lewis_
                                                JUDGE

BOND SET AT:   NO BOND

DEFENDANT'S ADDRESS:               DEFENDANT'S DESCRIPTION:

MONTGOMERY      , AL 36104 0000    HT: 5'11" WT: 165
                                   HAIR: BLK   EYE: BRO
                                   BIRTH DATE:       1973
                                   RACE: B   SEX: M
                                   SID#: 000000000
                                   SSN#:

ALIAS:

EMPLOYER: _____                    PHONE NO: _____

TICKET NUMBER: _____               AGENCY/OFFICER: 0620100/JEFF CHA

NOTE: JUDGE YOUNG, PHILIP THOMPSON & THE PROBATION OFFICE ARE TO BE
      NOTIFIED UPON THE DEFENDANT'S ARREST

OFFICER'S RETURN:
RECEIVED ON _____
EXECUTED ON ____ 12-09-04 ____   BY _Lucin M Payn_

(  ) DEFENDANT ARRESTED, RELEASED ON BOND
(X) DEFENDANT ARRESTED, IN JAIL
(  ) DEFENDANT ARRESTED, NOT BOOKED
(  ) NOT FOUND
(  ) OTHER

_Jimmy Abbett_                     _Lucin M Payn_      Received
    SHERIFF                            OFFICER
                                                       SEP 0 1 2004

                                                       COPY

O: RATORYCAP
P: PAPER 08/31/2004



DISTRICT COURT OF  TALLAPOOSA COUNTY

WRIT OF ARREST      TR 1998 000849.00
JID: RAY D. MARTIN

THE  STATE OF ALABAMA      VS CALDWELL DUNTAY TRELLIS

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: CALDWELL DUNTAY TRELLIS
AND BRING HIM BEFORE THIS COURT TO ANSWER THE STATE FOR THE FAILURE TO PAY
OR APPEAR ON THE CHARGE OF ATT ELUDE POLICE      ISSUED ON  07/27/1998
AS HERETOFORE ORDERED.

WITNESS MY HAND THIS    AUGUST 17, 2004.

BOND SET AT: NO BOND      --

JUDGE/CLERK/MAGISTRATE

DEFENDANT'S ADDRESS:                    DEFENDANT'S DESCRIPTION:

                                        HT: 509    WT: 160
                                        HAIR: BLK    EYE: BRO
                  , AL    0000          BIRTH DATE:      1973
                                        RACE: B      SEX: M

SOC SEC:
DL #:                                   VEH:  AL0000
ALIAS:

EMPLOYER: _____           PHONE NO: (000) 000-0000

TICKET NUMBER: M0767469           AGENCY/OFFICER:  AST6200/TORKERHA

NOTE:

( ) IF THIS BLOCK IS CHECKED, THE DEFENDANT MAY BE RELEASED UPON
    PAYMENT TO THE COURT THE FINE AND COST OF          $308.00

OFFICER'S RETURN:
RECEIVED ON _____
EXECUTED ON    12-09-00          BY: _____
( ) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

_____            _____
SHERIFF                     OFFICER

OPERATOR:RAC
PREPARED:08/17/2004

**Exhibit D
Inmate File, Tallapoosa County Jail In-Processing
Check-List**



# TALLAPOOSA COUNTY JAIL

## IN-PROCESSING CHECK LIST

*WDC 46*

Inmates Name: CALDWELL, DUNTAY    Name ID: 20539    Date In: 12-9-04

Booking Number: 04-002065    Time In: 1530    Shift: A-1

✓ 1. Medical screening completed. Notify nurse of any major problems.

✓ 2. Property Issued. (Explain to inmate about the responsibility of property.)

✓ 3. Finger printing. Livescan.

✓ 4. Photos.

✓ 5. Arrest report, IO reports, Arrest Authentication sheet in file.

✓ 6. Bond Set, Purge amount set, and inmate has been informed. Comments:_____

No Bond

✓ 7. All copies of reports made and copies and originals in appropriate location.

_____ 8. All property and valuables have been secured in appropriate location.

_____ 9. Any cash inmate request to be transferred to commissary account has been accounted for and

placed in appropriate location.

✓ 10. NCIC Check completed:

_____ No wants or warrants

✓ Wanted for: Montgomery P.D — Coosa Co.

by: _____ Wallace

_____          125-04 / 1530
Booking Officer's Signature          Date/Time Booking Completed

_____
Supervisor Reviewed

*Supervisor must review all bookings prior to filing record.

**CORRECTIONS**

**Exhibit E**
**Inmate File, Inmate Summary**

# Summary

ID#:  20539

PictureLink for Windows

## CALDWELL, DUNTAY TRELLIS

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

MONTGOMERY AL  36101

▆▆▆▆▆▆▆▆▆▆

Previous Address:

▆▆▆▆▆▆▆▆▆▆

MONTGOMERY, AL ▆▆▆




12/9/2004 4:14:49 PM          12/9/2004 4:15:00 PM

## Identification Information:

| | |
|---|---|
| Gender: Male | Race: Black |
| Ethnic: African American | DOB: ▆▆▆ 1973  Age: |
| Height: 5'10 | Weight: 165 |
| Hair: Black | Eyes: Brown |
| Complexion: Dark Brown | Glasses:  No |
| Hairstyle: Short | Teeth: Missing Upper |
| Speech: Gruff or Harsh | Build: Slender |
| State ID:  AL01276098 | Fed ID: 114832TA2 |
| DL:  - | |
| Local ID: | LID Type: |
| SMT Code:  TAT L ARM | Desc: DOC WITH |
| MO:  : | |
| : | |

Notes:  HOLD PLACED AT MONTGOMERY PD 11/07/04

**Exhibit F**
**Inmate File, Receipt for Property and Personal Use**
**Items Issued and Receipt for Personal Property Stored**



```
12/09/2004            Tallapoosa County Sheriff's Department                    470
16:49                                                                    Page:    1
               Receipt for Property and Personal Use Items Issued

     Receipt Number:      13558                  Date: 12/09/2004
     Booking Number: 04-001855
Property issued to: DUNTAY TRELLIS CALDWELL /       00759


I, DUNTAY TRELLIS CALDWELL, certify that on the above date and time, the
following property and personal use items were issued to me by
CRUZ


    ITEM                   DESCRIPTION              SIZE    QUANTITY      CONDITION
--------------   ---------------------------------  ----  -----------  ------------
BLANKET          COTTON WHITE                                  1
PROPERTY BOX     CLEAR PLASTIC / BLUE TOP                      1
SOAP             SOAP                                          1
PILLOW           FOAM                                          1
MATTRESS         GREEN,BLUE PLASTIC/FOAM                       1
TOWELL           TOWELL WHITE COTTON                           1
SANDLES          PVC BROWN OR TAN                              2
RULE BOOK        WHITE PAPER                                   1
WASH CLOTH       SMALL WASH CLOTH COTTON                       1
MATTRESS COVERS                                                1
LAUNDRY BAG      NET NYLON                                     1
SHEETS           WHITE COTTON SHEETS                           2
SHIRTS           WHITE COTTON UNISEX                           3
PANTS            WHITE COTTON TROUSERS UNISEX                  3
CUP              PLASTIC                                       1
TOOTHPASTE       FRESH MINT                                    1
TOOTHBRUSH       SMALL HANDLE                                  1
PEN              INK PEN BLACK INK,RUBBER CASE                 1
PILLOW CASE      WHITE COTTON                                  1


Property received by:                     Property issued by:

Dutay Caldwell                            X
_____                  _____
DUNTAY TRELLIS CALDWELL                   CRUZ
```

```
12/09/2004              Tallapoosa County Sheriff's Department                    470
16:49                   Receipt for Personal Property Stored                    Page:    1

        Receipt Number:    86667                      Date: 12/09/2004
        Booking Number: 04-002065
Property Stored for: DUNTAY TRELLIS CALDWELL (    20035)

I, DUNTAY TRELLIS CALDWELL, certify that on the above date and time, the
following personal property was accepted into storage:

   ITEM              DESCRIPTION                  CASH?    QUANTITY   LOCATN
   ----              -----------                  -----    --------   ------
SHOES        BLACK/GREY IN COLOR                    N          2      LOC46
BELT         BROWN IN COLOR                         N          1      LOC46
PENCILS      TWO YELLOW IN COLOR                    N          2      LOC46
PANTS        BLUE IN COLOR                          N          1      LOC46
SHORT        BLACK IN COLOR                         N          1      LOC46
SHORT        RED IN COLOR                           N          1      LOC46
SHIRT        BLUE IN COLOR                          N          1      LOC46
```

Property received by: _____      Property stored for: _____

CRUZ                                            DUNTAY TRELLIS CALDWELL

**Exhibit G**
**Inmate File, Conviction Reports**




```
ACR359                        ALABAMA JUDICIAL DATA CENTER              JAIL
                                    ALEX CITY COUNTY                    FILE
                                  TRANSCRIPT OF RECORD
                                   CONVICTION REPORT
                                              CC 2000 000217.00 01
                                                P. DALE SEGREST
```

| CIRCUIT COURT OF ALEX CITY COUNTY | COURT ORI: 062025 J |
|---|---|

```
STATE OF ALABAMA    VS.                    DC NO: WR 2000 000011.00
CALDWELL DUNTAY TRELLIS    ALIAS:          G J:    78.80
                           ALIAS:          SSN:
MONTGOMERY   AL                            SID:    000000000
                                           AIS:
```

```
DOB:        /1973   SEX: M   HT: 5 10        WT: 165   HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION:              AGE:        FEATURES:
```

```
DATE OFFENSE: 09/13/1999   ARREST DATE: 01/21/2000   ARREST ORI: 0620100
```

```
CHARGES @ CONV    CITES           CT CL COURT ACTION            CA DATE
BURGLARY 3RD DEGRE 13A-007-007     01 C  GUILTY PLEA            11/27/2000
THEFT OF PROP 3RD  13A-008-005     01 A  DISMISSED             11/27/2000
                                   0                            00/00/0000
```

```
JUDGE: P. DALE SEGREST            PROSECUTOR: CLARK DEA S
```

```
PROBATION APPLIED   GRANTED   DATE      REARRESTED DATE  REVOKED  DATE
( )Y( )N            ( )Y( )N           (X)Y( )N 12/9/2004 (X)Y( )N 04052005
```

```
15-18-8, CODE OF ALA 1975   IMPOSED  SUSPENDED    TOTAL   JAIL CREDIT
( )Y (X)N   CONFINEMENT: 20 00 000  00 00 000  20 00 000  00 00 162
            PROBATION  : 00 00 000             00 00 000
DATE SENTENCED: 11/27/2000   SENTENCE BEGINS: 04/05/2005
```

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| PENITENTIARY | RESTITUTION | $0.00 | $0.00 |
| CONCURR SENT | ATTORNEY FEE | $0.00 | $0.00 |
| HABITUAL OFFENDER | CRIME VICTIMS | $50.00 | $50.00 |
| | COST | $367.00 | $367.00 |
| | FINE | $0.00 | $0.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $115.50 | $115.50 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $532.50 | $532.50 |

```
APPEAL DATE      SUSPENDED      AFFIRMED         REARREST
( )Y( )N         ( )Y( )N       ( )Y( )N         ( )Y( )N
```

```
REMARKS:                         THIS IS TO CERTIFY THAT THE
                                 ABOVE INFORMATION WAS EXTRACTED
                                 FROM OFFICIAL COURT RECORDS
                                 AND IS TRUE AND CORRECT.


                                 Frank Lucas

                                 FRANK LUCAS

                                 04/07/2005
```

```
OPERATOR: CAP
PREPARED: 04/07/2005
```

 

ACR359

ALABAMA JUDICIAL DATA CENTER
ALEX CITY COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2000 000216.00 01
P. DALE SEGREST

CIRCUIT COURT OF ALEX CITY COUNTY                    COURT ORI: 062025 J

STATE OF ALABAMA          VS.              DC NO: WR 1999 000688.00
CALDWELL DUNTAY TRELLIS    ALIAS:          G J:    35,37
                           ALIAS:          SSN:
MONTGOMERY  AL                             SID:    000000000
                                           AIS:

DOB:        /1973    SEX: M   HT: 5 11   WT: 165  HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION:          AGE:        FEATURES:

DATE OFFENSE: 09/08/1999   ARREST DATE: 12/14/1999   ARREST ORI: 0620100

CHARGES @ CONV    CITES            CT CL COURT ACTION         CA DATE
BURGLARY 3RD DEGRE 13A-007-007     01 C  GUILTY PLEA          11/27/2000
THEFT OF PROP 1ST  13A-008-003     01 B  DISMISSED            11/27/2000
                                   0                          00/00/0000

JUDGE: P. DALE SEGREST              PROSECUTOR: CLARK  REA S

PROBATION APPLIED ( GRANTED  DATE    REARRESTED DATE  REVOKED  DATE
( )Y( )N          ( )Y( )N           (X)Y( )N 12/02/2004 (X)Y( )N 04052005

15-18-8, CODE OF ALA 1975    IMPOSED  SUSPENDED   TOTAL    JAIL CREDIT
( )Y (X)N  CONFINEMENT:  20 00 000  00 00 000   20 00 000  00 00 150
           PROBATION :   00 00 000  00 00 000   00 00 000         160
DATE SENTENCED: 11/27/2000    SENTENCE BEGINS: 04/05/2005

PROVISIONS                 COSTS/RESTITUTION        DUE        ORDERED
  PENITENTIARY             RESTITUTION          $2038.30      $2038.30
  CONCURR SENT             ATTORNEY FEE            $0.00         $0.00
  HABITUAL OFFENDER        CRIME VICTIMS          $50.00        $50.00
                           COST                  $447.00       $447.00
                           FINE                    $0.00         $0.00
                           MUNICIPAL FEES          $0.00         $0.00
                           DRUG FEES               $0.00         $0.00
                           ADDTL DEFENDANT         $0.00         $0.00
                           DA FEES                 $0.00         $0.00
                           COLLECTION ACCT       $750.99       $750.99
                           JAIL FEES               $0.00         $0.00

                           TOTAL               $3286.29      $3286.29

APPEAL DATE      SUSPENDED        AFFIRMED          REARREST
( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

REMARKS:                          THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
                                  FROM OFFICIAL COURT RECORDS
                                  AND IS TRUE AND CORRECT.

                                  _Frank Lucas_ cp_
                                  FRANK LUCAS

                                  04/07/2005

OPERATOR: CAP
PREPARED: 04/07/2005




JAIL FILE

ACR359

ALABAMA JUDICIAL DATA CENTER
ALEX CITY COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2000 000102 00 01
P. DALE SEGREST

CIRCUIT COURT OF ALEX CITY COUNTY

COURT :RI: 062025 J

STATE OF ALABAMA        VS.
CALDWELL DUNTAY TRELLIS      ALIAS:
                              ALIAS:
MONTGOMERY  AL

DC NO  DC 1999 000589.00
G J:    35,38
SSN:
SID :   000000000
AIS:    176261

DOB:        /1973   SEX: M   HT: 5 10      WT: 165  HAIR: BLK    EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION:              AGE:      FEATURES:

DATE OFFENSE: 09/14/1999   ARREST DATE: 09/16/1999   ARREST ORI: 0620100

CHARGES @ CONV     CITES              CT CL  COURT ACTION              CA DATE
BURGLARY 3RD DEGRE 13A-007-00/        01 C   GUILTY PLEA              11/27/2000
THEFT OF PROP 1ST  13A-008-003        01 B   DISMISSED               11/27/2000
                                      0                              00/00/0000

JUDGE: P. DALE SEGREST                  PROSECUTOR: CLARK  EA S

PROBATION APPLIED   GRANTED   DATE          REARRESTED DATE  REVOKED  DATE
( )Y( )N            ( )Y( )N                (X)Y( )N  13/09/2004 (X)Y( )N 04052005

15-18-8, CODE OF ALA 1975     IMPOSED    SUSPENDED    TOTAL   JAIL CREDIT
( )Y (X)N   CONFINEMENT:  20 00 000   00 00 000    20 0 000   00 00 274
            PROBATION  :  00 00 000   00 00 000    00 0 000
DATE SENTENCED: 11/27/2000    SENTENCE BEGINS: 04/05/2005

PROVISIONS                        COSTS/RESTITUTION        DUE        ORDERED

  PENITENTIARY                    RESTITUTION            $2122.16      $2122.16
  CONCURR SENT                    ATTORNEY FEE            $765.00       $765.00
  HABITUAL OFFENDER               CRIME VICTIMS            $50.00        $50.00
                                  COST                   $479.00       $479.00
                                  FINE                      0.00         $0.00
                                  MUNICIPAL FEES            0.00         $0.00
                                  DRUG FEES                 0.00         $0.00
                                  ADDTL DEFENDANT           0.00         $0.00
                                  DA FEES                   0.00         $0.00
                                  COLLECTION ACCT       $1015.25      $1015.25
                                  JAIL FEES                 0.00         $0.00

                        TOTAL                          $4431.41      $4431.41

APPEAL DATE      SUSPENDED           AFFIRMED           REARREST
( )Y( )N         ( )Y( )N            ( )Y( )N           ( )Y( )N

REMARKS:
                                  THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
                                  FROM OFFICIAL COURT RECORDS
                                  AND IS TRUE AND CORRECT.

                                  FRANK LUCAS

                                  04/07/2005

OPERATOR: CAP
PREPARED: 04/07/2005

**Exhibit H**
**Inmate File, Tallapoosa County Jail Court Action**



# TALLAPOOSA COUNTY JAIL
# COURT ACTION/ARREST
# AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a cou

appearance or placed in jail without an arrest report.  Correctional Officers shall complet

when information is given via telephone, mail or other means concerning sentencing, bond

or other court actions.

NAME OF PRISONER: Caldwell Duntae _Duntae_ DATE: 4-5-05  NID#: 20539

JUDGE: Young _____  CASE #: (IF KNOWN) _____

CHARGE(S): _____

COURT ACTION/REMARKS: CHECK ALL THAT APPLY

_____ 1. BOUND TO GRAND JURY

_____ 2. BOND REMAINS THE SAME

_____ 3. BOND SET AT: _____

_____ 4. PURGE AMOUNT SET AT: _____

_____ 5. RELEASED TIME SERVED BY ORDER OF JUDGE

_____ 6. RELEASED ON PROBATION BY ORDER OF JUDGE

_____ 7. CASE CONTINUED; DATE: _____

_____ 8. INMATE SENTENCED TO: _____

_____ 9. APPOINTED ATTORNEY: _____

_____ 10.COURT ORDERED HOLDS FOR: _____

ADDITIONAL REMARKS:

_____ revoked _____

_____    _____
BOOKING OFFICER                OFFICER COMPLETING FORM

**Exhibit I**
**Inmate File, Tallapoosa County Jail Out-Processing**
**Check List**



# TALLAPOOSA COUNTY JAIL

## OUT-PROCESSING CHECK LIST

*LOC 137*

Inmates Name: _CALDWELL, DUNTAY_ Name ID: _20537_ Date Out: _5-6-05_

Booking Number: _05-000356_ Time Out: _0908_ Shift: _131_

_____1. Manner in which inmate is being released has been confirmed.

_____2. NCIC Check completed:

_____ No wants or warrants

Wanted for:_____ _Released to Doc_

by: _____

_____3. Inmate returned all issued property, spillman updated.

_____4. Inmate received and signed for all his/her property, spillman updated.

_N/A_ 5. Bond completed and copies/originals in appropriate location.

_N/A_ 6. Copy of bond/receipt/order has been placed in inmates record.

_____7. Cash Account: Inmate received commissary funds upon release: Yes/No

_____ If no explain: _____

_____8. Ensure all data has been updated in spillman, bonds, holds, property, etc.

_Sgt R. Frazier_                    _5-6-05    0915_
Booking Officer's Signature              Date/Time Release Completed


_Sgt R. Frazier_
Supervisor Reviewed

*Supervisor must review all releases prior to filing record.

**CORRECTIONS**

**Exhibit J**
**Inmate File, Receipt for Personal Property Returned**
**and Receipt for Property and Personal Use Items**
**Returned**

05/26/2005                    Talladega County Sheriff's Department
01:36                                                                              Page:

                        Receipt for Personal Property Returned

        Receipt Number:        11385                      Date: 05/26/2005
        Booking Number: 05-002555
Property returned for: BUNYAN TRELLIS CALDWELL (    37538)

I, BUNYAN TRELLIS CALDWELL, certify that on the above date and time, the
following personal property items were returned to me by
deputy:

     ITEM                    DESCRIPTION                    OBEY   QUANTITY   LOCATN
-------------      --------------------------------      -------  --------  -------
SHIRT              BLUE                                      N           1   L0122
BELT               BLACK IN COLOR                            N           1   L0122
PANTS              BLUE IN COLOR                             N           1   L0122
SHOES              BLACK                                     N           2   L0122
UNDERWEAR          BLUE PLAID                                N           1   L0122

Property Returned by:                           Property Received by:

_____                       _____
OFFICER                                         BUNYAN TRELLIS CALDWELL

02/03/2005          Tallapoosa County Sheriff's Department                    Page:
01:06                                                                         Page:
                Receipt for Property and Personal Use Items Returned

        Receipt Number:        10004                        Date: 02/03/2005
        Booking Number: 05-02637R
Property returned by: DUNTAY TRELLIS CALDWELL /    20535

I, FRAZIER, certify that on the above date and time, the
following property and personal use items were returned to me by
DUNTAY TRELLIS CALDWELL.

        ITEM              DESCRIPTION                    SIZE    QUANTITY    CONDITION

BLANKET           COTTON WHITE                                      1
PROPERTY BOX      CLEAR PLASTIC / BLUE TOP                          1
SOAP              SOAP                                              1
PILLOW            FOAM                                              1
MATTRESS          GREEN,BLUE PLASTIC/FOAM                           1
TOWEL             TOWEL WHITE COTTON                                1
SANDLES           EVERYDAY OR TAN                                   2
ROLL BOOK         WHITE PAPER                                       1
WASH CLOTH        SMALL WASH CLOTH COTTON                           1
MATTRESS COVERS
LAUNDRY BAG       NET NYLON                                         1
SHEETS            WHITE COTTON SHEETS                               2
SHORTS            WHITE COTTON UNISEX                               3
PANTS             WHITE COTTON TROUSERS UNISEX                      3
CUP               PLASTIC                                           1
TOOTHPASTE        FRESH MINT                                        1
TOOTHBRUSH        SMALL HANDLE                                      1
PEN               INK PEN BLACK INK,RUBBER CASE                     1
PILLOW CASE       WHITE COTTON                                      1

Property received by:                    Property returned by:

_Frazier_                                _Duntay T. Caldwell_
FRAZIER                                  DUNTAY TRELLIS CALDWELL