**Exhibit K
Affidavit of Jimmy Abbett**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DUNTAY CALDWELL,        )
                        )
   Plaintiff,          )
                        )
v.                      )
                        )    Civil Action No. 3:05-CV-796-F
JIMMY ABBETT, et al.    )
                        )
   Defendants.         )
                        )

### AFFIDAVIT OF JIMMY ABBETT

STATE OF ALABAMA        )
                        )
COUNTY OF TALLAPOOSA    )

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Sheriff Jimmy Abbett, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.   My name is Jimmy Abbett. I am over the age of nineteen and competent to make this affidavit.

2.   I am the duly elected Sheriff of Tallapoosa County, Alabama.

3.   I am familiar with the Plaintiff due to his being incarcerated in the Tallapoosa County Jail. I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaint.

4.   Before April 28, 2005, the date of the incident that is made the basis of Plaintiff's Complaint, Caldwell had never asked me to separate him from Hart, and I was not aware that Caldwell and Hart had had any problems or fights with one another.

5.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

6.    I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_____
JIMMY ABBETT

SWORN TO and SUBSCRIBED before me this 7ᵗʰ day of October, 2005.

_____
NOTARY PUBLIC
My Commission Expires: _____

MY COMMISSION EXPIRES APRIL 5, 2009

# Exhibit L
# Declaration of Orlando Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DUNTAY CALDWELL,                    )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )        Civil Action No. 3:05-CV-796-F
                                    )
JIMMY ABBETT, et al.                )
                                    )
    Defendants.                     )

## DECLARATION OF ORLANDO JONES
## PURSUANT TO 28 U.S.C. § 1746

STATE OF ALABAMA          )
                          )
COUNTY OF TALLAPOOSA      )

1.    My name is Orlando Jones. I am over the age of 19 and am competent to make this declaration.

2.    I am employed by the Tallapoosa County Sheriff's Department as a jailer at the Tallapoosa County Jail. I am certified in the use of Oleoresin Capsicum (O.C.) Spray.

3.    I am familiar with the Plaintiff Duntay Caldwell due to his incarceration in the Tallapoosa County Jail.

4.    I did not at any time act, or cause anyone else to act, in such a manner so as to deprive the Plaintiff of any right to which he was entitled during his incarceration in the Tallapoosa County Jail.

5.    On the evening of April 28, 2005, while I was on duty at the Tallapoosa County Jail, inmate Duntay Caldwell called over the intercom system stating that there was about to be a fight.

6.    Sergeant Cowart, Officer Hines, and I proceeded to C-7, the cell to which Caldwell was assigned.

7. I was the first officer to enter the cell. Upon entry, I saw Caldwell and another Inmate JaMichael Hart engaged in a fist fight.

8. I gave the inmates verbal commands to stop and to break it up. However, the inmates continued punching each other.

9. Because of the intensity of the fight, I was concerned for the inmates' safety as well as for the overall security of the jail.

10. Therefore, after my verbal commands were ignored by both inmates, I administered one spray of O.C. to the inmates. Caldwell and Hart stopped fighting instantly.

11. I used only the minimum degree of force necessary in this situation.

12. After the inmates were sprayed with O.C., the inmates were immediately taken to separate halls and allowed to shower. The inmates were then placed in cells on separate halls. The cell that they were previously assigned to was cleaned thoroughly.

13. Caldwell did not ask me for medical treatment. In fact, I did not hear and am not aware of either Caldwell or Hart requesting medical treatment.

14. Before this fight, Caldwell had never asked me to separate him from Hart, and I was not aware that Caldwell and Hart had had any problems or fights with one another. In fact, after this fight, they informed me that they were cousins.

15. I never received a grievance from Caldwell concerning this incident.

16. I declare under penalty of perjury that the foregoing is true and correct. I further declare that I am competent to make this declaration, and that the above statements were made by drawing from my personal knowledge of the situation.

Executed on this the ___10___ day of October, 2005.


ORLANDO JONES

**Exhibit M**
**Affidavit of Blake Jennings**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DUNTAY CALDWELL,                          )
                                          )
         Plaintiff,                       )
                                          )
v.                                        )
                                          )     Civil Action No. 3:05-CV-796-F
JIMMY ABBETT, et al.                      )
                                          )
         Defendants.                      )
                                          )

## AFFIDAVIT OF BLAKE JENNINGS

STATE OF ALABAMA              )
                             )
COUNTY OF TALLAPOOSA          )

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Blake Jennings, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Blake Jennings. I am over the age of nineteen and competent to make this affidavit. I have been employed by the Tallapoosa County Sheriff's Department since 1998. On March 19, 2005, I became the Jail Administrator of the Tallapoosa County Jail

2.      I am familiar with the Plaintiff Duntay Caldwell due to his incarceration in the Tallapoosa County Jail. I do not have personal knowledge of the incident on which Plaintiff bases his complaint.

3.      It is the policy of the Tallapoosa County Jail that the use of physical force against an inmate will be permitted only when the safety and security of the institution is seriously threatened and when no reasonable alternatives are available.

4.     According to the Policy and Procedure Directive jail personnel may use physical force as it relates to five (5) situations:  (1) self-defense; (2) defense of third persons; (3) prevention of a crime; (4) prevention of escape; and (5) enforcement of the Tallapoosa County Jail Rules.  Physical force should be used only to that degree necessary under the facts and circumstances of the individual situation.  Following any use of force in the Tallapoosa County Jail, a detailed incident report will be completed by each officer involved and forwarded to the Sheriff.

5.     It is recognized by the Tallapoosa County Jail that the use of chemical agents is one of the least amounts of force one can use.

6.     It is the policy of the Tallapoosa County Jail that the use of chemical dispensers to aid in subduing an inmate(s) will be permitted only when the safety and security of the jail is threatened and when the inmate(s) cannot be approached without danger to himself/themselves or to others.

7.     It is the policy of the Tallapoosa County Jail that any staff member using chemical dispensers must have completed training on chemical aerosol spray.  Unless in an emergency type situation, the only type of chemical spray to be used in the jail is O.C. spray which will be furnished by the jail.  The jail furnishes 10% O.C. spray in four ounce cans or dispensers.

8.     In the event that the administration of O.C. spray is necessary, the inmate will immediately thereafter be provided with cold water with which to flush his eyes.  If O.C. spray is used in the confines of the jail, the affected area of the jail should be cleaned as soon as practicable.

9.    I never received a grievance from Caldwell concerning the incident made the basis of his Complaint.

10.    I certify and state that the documents from Plaintiff's Inmate File provided to the Court which are attached to the Defendants' Special Report are true and correct copies of inmate records, kept at the Tallapoosa County Jail in the regular course of business. I am the Custodian of these Records.

11.    I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.


_____
BLAKE JENNINGS

SWORN TO and SUBSCRIBED before me this 9ᵗʰ day of October, 2005.


_____
NOTARY PUBLIC
My Commission Expires: _____

MY COMMISSION EXPIRES APRIL 5, 2009

# Exhibit N
# Declaration of Jason Cowart

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

DUNTAY CALDWELL,                        )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )
                                        )     Civil Action No. 3:05-CV-796-F
JIMMY ABBETT, et al.                    )
                                        )
    Defendants.                         )
                                        )

## DECLARATION OF JASON COWART
## PURSUANT TO 28 U.S.C. § 1746

STATE OF ALABAMA          )
                          )
COUNTY OF TALLAPOOSA      )

1.    My name is Jason Cowart. I am over the age of 19 and am competent to make this declaration.

2.    I am employed by the Tallapoosa County Sheriff's Department as a jailer at the Tallapoosa County Jail. I have been so employed for three years. I have completed an eighty-hour jail management course and a forty-hour jail supervision course. I have achieved the rank of Sergeant.

3.    I am familiar with the Plaintiff Duntay Caldwell due to his incarceration in the Tallapoosa County Jail.

4.    On the evening of April 28, 2005, while I was on duty at the Tallapoosa County Jail, I was informed via the intercom system that there was about to be a fight in Duntay Caldwell's cell.

5.    Officer Jones, Officer Hines, and I proceeded to C-7, the cell to which Caldwell was assigned.

6.    Office Jones was the first officer to enter the cell. As I entered the cell behind Officer Jones, I saw Caldwell and another inmate JaMichael Hart engaged in a fist fight.

7.     Officer Jones gave the inmates verbal commands to stop and to break it up. However, the inmates continued punching each other. As they were fighting, the inmates moved toward a table in the room, and it appeared that one of them might get injured.

8.     Because of the intensity of the fight, I was concerned for the inmates' safety as well as for the overall security of the jail.

9.     After Officer Jones' verbal commands were ignored by both inmates, he administered one spray of O.C. to the inmates. Caldwell and Hart stopped fighting instantly.

10.     Officer Jones used only the minimum degree of force necessary in this situation.

11.     After the inmates were sprayed with O.C., the inmates were immediately taken to separate halls and allowed to shower. The inmates were then placed in cells on separate halls. The cell that they were previously assigned to was cleaned thoroughly.

12.     Neither inmate was injured during this incident.

13.     Both inmates were offered medical treatment, and both refused.

14.     Before this fight, Caldwell had never asked me to separate him from Hart, and I was not aware that Caldwell and Hart had had any problems or fights with one another. In fact, after this incident, they informed me that they are cousins.

15.     I never received a grievance from Caldwell concerning this incident

16.     I declare under penalty of perjury that the foregoing is true and correct. I further declare that I am competent to make this declaration, and that the above statements were made by drawing from my personal knowledge of the situation.

Executed on this the __10__ day of October, 2005.


JASON COWART

**Exhibit O**
**Inmate File, Jail Log dated April 28, 2005**

04/28/2005           Tallapoosa County Sheriff's Department
23:22                          Jail Log                                    Page:

    Event Number:     170122                                            Active
        Name ID:      20020   Confined

   Last: CALDWELL                                First: BUNYAN
   Race:                                         Phone: (334)264-0000
   City: MONTGOMERY          ST: AL   Zip:       DOB:        1978  SSN:

   Time/Date of Event: 21:36:00 04/28/2005     Treatment Date:
       Type of event: 027  Use of Force Report:
            Quantity:    1.00
             Officer: ORLANDO JONES
      Booking Number: 05-000356
          Description:
  (See below)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Description:
Use Of Force
OC SPRAY
Location of Incident:
C-7
Officers Present:
SGT COWARD, OFFICER HINES,OFFICER JONES
Reason for Use of Force:FIGHTING

Was the Inmate Injured?:NO

# of Inmates that Resisted:TWO

Supervisor Notified & Time:SGT COWARD

Was the officer injured?:NO

Describe the Inmates injuries:NONE

Describe the Officers injuries:NONE

LEVELS OF RESISTANCE:

. Psychological Intimidation: Explain -
NONE
. Verbal Non-Compliance: Explain -
ASK THEM TO STOP FIGHTING
. Passive Resistance: Explain -
NONE

D. Escape Resistance: Explain -
NONE
E. Active Aggression: Explain -
FIGHTING
F. Aggravated Active Aggression
NONE
LEVELS OF CONTROL (OFFICERS RESPONSE IS IMPLIED)
VERBAL COMMAND
A. Verbal Direction: Explain -
TOLD THEM TO BREAK UP
B. Empty Hand Controls: Explain -
NONE
C. Intermediate Weapons: Explain -
NONE
D. Impact Weapons: Explain -
NONE
E. Lethal Force: Explain -
NONE
EFFECTS OF CHEMICAL SPRAY

Was Spray Effective?:
YES
Were further control methods needed?:
NO
Number of times sprayed?:
ONE
Approximate Distance from subject when sprayed.:
THREE FEET
POST - INCIDENT OBSERVATION

A. Immediately following final control technique:
TOOK THEM OUT SIDE
B. 15 Minutes following final control technique:
LET THEM TAKE A SHOWER
C. 30 Minutes following final control technique:
CLEANED UP THEIR CELL
NARRATIVE:INMATE DUNTAY CALDWELL CALLED CONTROL AND SAID WE NEED TO GET SOMEONE
DOWN HERE BECAUSE IT IS GOING TO BE A FIGHT.OFFICER HINES AND SGT COWART,AND
MYSELF OFFICER JONES WENT TO C-7 .WHEN WE GOT THERE INMATE JAMICHAEL HART AND
INMATE DUNTAY CALDWELL WAS FIGHTING AND I TOLD THEM TO BREAK IT UP AND THEY DID
NOT.SO I SPRAYED THEM WITH MY OC SPRAY.


Reporting Officer's Signature:ORLANDO JONES


Supervisor's Signature:SGT COWART


CC: Jail Administrator:BLAKE JENNINGS

**Exhibit P**
**Certificate of Completion**

# Certificate of Completion

**Tallapoosa County Sheriff's Department**

**Sheriff Jimmy Abbett**

## Orlando Jones

Has successfully completed a course of instruction in the care and use of **Oleoresin Capsicum (O.C.) Spray** and is therefore awarded this certificate in recognition thereof by the Tallapoosa County Sheriff's Department on this **30th Day of September 2003**.

*William Lovelady*
William Lovelady
Instructor

September 30, 2003

*Jimmy Abbett*
Jimmy Abbett
Sheriff

September 30, 2003

**Exhibit Q**
**Disciplinary Records for Plaintiff and Hart**

GJ11
5-23-0~

04/28/2005                     Tallassee County Sheriff's Department
Date                                    Jail Log                                        Page    4

Event Number:    475868
      Race ID:    32707    Booking                                                    Action

  Last: HART
  DOB:                                                      First: JERMICHAEL    Mid: LAMP
  City: CAMP HILL              Sta AL  Zip:        DOB:         Phone:    1985 SSN

Time/Date of Event: 22:31:40 04/28/2005       Treatment Date:
      Type of event: 880  DISCIPLINARY
         Quantity:      0.00
           Officer: WYCKOFF
    Booking Number: 04-02190
        Description:
See below)

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

scription:
__ VIOLATION REPORT (TDJ FORM 40)

CIDENT DATE:4-28-05

CIDENT TIME:21:30

L NUMBER:C-7

/TEMENT OF CHARGES/RULE VIOLATIONS:FIGHTING

RATIVE:SEE EVENT 475860

OMMENDED DISCIPLINARY ACTION:FIVE DAYS ISOLATION ONE WEEK NO COMMISSARY

RTING OFFICER:OFFICER JONES

ERVISOR:SGT COWART

PA/DB-DWN5                    Tallapoosa County Sheriff's Department
10:52                                    Jail Log:                                    Page:
                                                                                     Run:
   Event Number:    475501
        Name ID:    00525    Confined

   Last: CALDWELL                                    First: LARRY        Mid: TRE
   Addr:                                                    Phone:
   City: MONTGOMERY          St: AL    Zip:              DOB:      1973  SSN:

Time/Date of Event: 02:00:01 04/28/2005    Treatment Date:
        Type of event:  230  DISCIPLINARY
           Quantity:    0.00
            Officer: WYCHOFF
     Booking Number: 05-000355
        Description:
See below!

== == == == == == == == == == == == == == == == == == == == == == == == == == ==


scription:
LE VIOLATION REPORT (TCJ FORM-19)

CIDENT DATE:4-28-05

DIDENT TIME:01:36

L NUMBER:C-7

TEMENT OF CHARGES/RULE VIOLATIONS:FIGHTING

RRATIVE:SEE EVENT 475500

OMMENDED DISCIPLINARY ACTION:FIVE DAYS IN ISOLATION ONE WEEK NO COMMISSARY

ORTING OFFICER:OFFICER JONES

ERVISOR:SGT. COWART

```
/05/2005              Tallapoosa County Sheriff's Department              236
:27                            Jail Log:                    Page:    1

vent Number:    475801                                            Inactive
   Name ID:     20539
-----------------------------------------------------------------------+
Last: CALDWELL                         First: DUNTAY       Mid: TRELL  |
Addr                                         Phone: (              |
City: MONTGOMERY          ST: AL  Zip:          DOB:      /1973 SSN:    |
                                                                       |
-----------------------------------------------------------------------+
ime/Date of Event: 22:26:01 04/28/2005    Treatment Date:
   Type of event: 009  DISCIPLINARY
          Quantity:      0.00
          Officer: WYCKOFF
   Booking Number: 05-000356
      Description:
ee below)
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

scription:

LE VIOLATION REPORT (TCJ FORM-19)

CIDENT DATE:4-28-05

CIDENT TIME:21:36

LL NUMBER:C-7

ATEMENT OF CHARGES/RULE VIOLATIONS:FIGHTING

RRATIVE:SEE EVENT 475800

COMMENDED DISCIPLINARY ACTION:FIVE DAYS IN ISOLATION ONE WEEK NO COMMISSARY

PORTING OFFICER:OFFICER JONES

PERVISOR:SGT.COWART
MATE WAS RELEASE TO DOC BEFORE DISCIPLINARY COULD BE HELD RELEASE 5-6-05

JHC

## TALLAPOOSA COUNTY JAIL
### PENDING DISCIPLINARY ACTION

TO: Jermichael  Hart

CELL NUMBER: C7,

This notice is to inform you that rule violations have been levied against you by Correctional Officers of the Tallapoosa County Jail. This will serve you notice that a Disciplinary Committee will be appointed within the next 7 days to hear the following rule violations against you.
FIGHTING

If you feel that you are not guilty of the alleged violation, you may request a hearing before the disciplinary committee. When the committee reviews your case, you may present documentary evidence or call witnesses in your defense providing that this does not present an undue hazard to institutional safety or correctional goals.

You are hereby reminded that should you desire a hearing before the disciplinary committee, you have no right to confrontation of witnesses and no right to cross examine witnesses. Retained or appointed counsel will not be permitted.

### CHECK ONE

_____ I wish to have my case heard by the disciplinary committee and I hereby claim my right to 24 hours preparation time for my defense.

_____ I hereby waive my right to 24 hours preparation time and request an immediate hearing.

___✓___ After having been advised of my right to a hearing, I hereby acknowledge guilt of misconduct as charged and waive my right to a hearing before the disciplinary committee. I will accept whatever disciplinary action is deemed appropriate by the Jail Administrator. I am making this decision voluntarily and without coercion, threat, or promises from the jail staff.

Inmate Signature: *Jermichael Hart*
Date/Time: 5-27-05    08:25

This notice was served to the above named inmate on 5-27-05

at 08:25 _____ by *Sgt. C___*

Event # 475802

TCJ Form-19A

```
                                                                    236
/05/2005              Tallapoosa County Sheriff's Department      Page:    1
:20                          Jail Log:
                                                                  Inactive
                                                            ------------------+
vent Number:    475802
    Name ID:    25597
                                                                             |
---------------------------------------------              ------------------+
Last: HART                        First: JERMICHAEL    Mid: LAMAR |
                                       Phone:                                |
Addr                                                                         |
City: CAMP HILL          ST: AL  Zip:          DOB:        1986 SSN:         |
---------------------------------------------              ------------------+

ime/Date of Event: 22:31:46 04/28/2005    Treatment Date:
     Type of event: 009  DISCIPLINARY
          Quantity:    0.00
           Officer: WYCKOFF
    Booking Number: 04-001801
       Description:
ee below)
```

```
escription:

ULE VIOLATION REPORT (TCJ FORM-19)


NCIDENT DATE:4-28-05


NCIDENT TIME:21:36

ELL NUMBER:C-7

TATEMENT OF CHARGES/RULE VIOLATIONS:FIGHTING

ARRATIVE:SEE EVENT 475800

ECOMMENDED DISCIPLINARY ACTION:FIVE DAYS ISOLATION ONE WEEK NO COMMISSARY


EPORTING OFFICER:OFFICER JONES


UPERVISOR:SGT COWART
NMATE PLEAD GUILTY TO THIS WRITE UP INMATE PLACED ON PROBATION FOR A PERIOD OF
O DAYS PENDING NO OTHER RULE VIOLATION OCCUR.DISCIPLINARY COMMITTEE SGT MASON
FC NAIL,OFC BAKER DUE TO FACT INMATE DUNTAY CALDWELL WAS RELEASE TO DOC BEFORE
ERVING HIS TIME ON DISCIPLINARY.
```

**Exhibit R**
**Inmate Medical File of Duntay Caldwell, Progress Notes**



## PROGRESS NOTES

Name _Caldwell, Duntay_

UMR # 

| Date | Service Area | Sign All Entries |
|------|--------------|------------------|
| 12/22/04 | | Hx PD one c only change noted. Has anger management problem (Kilby). WT=153# 11/8/84. Inmate states while in prison was on Thorazine. No new problems voiced. Inmate had neg TB test done 10/8/04 @ Staten/Elmore Prison & blood work drawn @ Montgomery City Jail 11/8/04 → was transferred from Montgomery City Jail to here. Will not repeat bloodwork & TB test _(signature)_ |
| 1/4/05 | sick | ⊕ Pt complaining of stomach pain T 99.7 BP __/72 P 92 states he had surgery years ago and cannot have a bowel movement states his legs ache yesterday. Will refer to Dr. Schuster. SAM |
| 1-6-5 | | S - c/o abd pain × 2 years |
| | | vomiting c food ⊕ blood ⊕ witnessed |
| | | BM⊝  ⊕ emesis |
| | | wt loss |
| | | O - vitals stable  WT 150 |
| | | abd nap |
| | | cbct c__ |
| | | HB nad |
| | | abd ____ H ____ old ___ |
| | | A - RUQ |
| | | P - Reglan ___ 20 ___ |
| 1/7/05 | | Complaining Abd pain no better → unable to eat. Inmate moved to C-10 Medical observation. Place on Bland Diet. WT 151# Skin turgor ___ |
| 1/10/05 | | Inmate states Abd pain not improved. States he tries to eat but just can't. (Webb) Dr. Schuster notified → Need lab in a.m. (Webb) |
| 1/11/05 | | States he feels better. WT=150# Skin turgor good. Will remain C-10 Medical observation. Christine Guidry |

TCJ Form-07H



**PROGRESS NOTES**



Name _Caldwell, Santoy_

UMR # ███████████

| Date | Service Area | Sign All Entries |
|------|--------------|------------------|
| 1-13-5 | | S: *(illegible handwritten entry)* |
| | | *(illegible)* |
| | | > 25 lb wt loss |
| | | our records show 3 lbs |
| | | O - *(illegible handwritten entry)* |
| | | *(illegible)* |
| | | And soft *(illegible)* *(illegible)* |
| | | rectal *(illegible)* OB ⊕ |
| | | CBC CMP *(illegible)* H. Pylori |
| | | A - Pro *(illegible)* |
| | | P: *(illegible)* |
| 1/13/05 | | Consent obtained for Blood work. Blood drawn for CBC, CMP *(illegible)* + H Pylori AB ⊕ *(illegible)* to LHC HOP Lab for Analysis *(signature)* |
| 1/14/05 | | Wt= 151# → states he feels some better to day. *(signature)* |
| 1/17/05 | | Feeling some better. Able to eat more. Moved to C-8. *(signature)* |
| 1/19/05 | | Wt= 154#. Results of H. Pyori called to Dr Schuler (message left). *(signature)* |
| 1/21/05 | | Lab results faxed to Dr's office *(signature)* Dr's office called → New Greenwood *(signature)* *(illegible)* called to New store → New store *(illegible)* will order / Be New Monday *(illegible)* |
| 2-1-05 | | Starting on Prepration H for rectal bleeding *(signature)* |

  

## PROGRESS NOTES

Name _Caldwell_

UMR # ████████████

| Date | Service Area | Sign All Entries |
|------|--------------|------------------|
| 2-3-5 | | S - C/O *illegible* |
| | | *illegible* |
| | | *illegible* |
| | | *illegible* |
| | | O - Vitals stb        BP Wt. 157 lb |
| | | *illegible* |
| | | *illegible* |
| | | Cht Cl |
| | | H *illegible* |
| | | Abd *illegible* |
| | | A - R/O |
| | | *illegible* |
| | | *illegible* |
| | | *illegible* |
| 2-11-5 | | S - Still C/O Abd *illegible* |
| | | *illegible* |
| | | *illegible* |
| | | *illegible* |
| | | O - Vital stb |
| | | Cht Cl |
| | | Abd *illegible* |
| | | *illegible* |
| | | A - R/O |
| | | Dep |
| | | P - Cbvl 25 *illegible* |
| | | *illegible* |

## PROGRESS NOTES



Name _Caldwell, Dimitri_

UMR # ███████████

| Date | Service Area | Sign All Entries |
|------|--------------|------------------|
| 2-18-05 | | D/Ced MOM as 12 containers unopened found in cell on shake down (C. LeBoeuf) |
| 3-2-05 | | Ibuprofen bid for Month for pain (Tooth broke off) (C. LeBoeuf RN) |
| 3/3/05 | | Had apt c Dr. Gilbert for Feb. 28 however Coosa Co had picked inmate up for court then rescheduled for March 28th — (C. LeBoeuf RN) |
| 3/8/05 | | C/O Headache BP 110/40 Sniffles states Head hurts off and on. States Mother had Surgery yesterday and he hasn't heard from her. c Tylenol/anxiety (C. LeBoeuf RN) |
| 3-28-05 | | Had apt c Dr. Gilbert, when I called to find out where exactly the office was he works in, I was told he had been and already left for the day. will try to reschedule was not notified of change of apt time C. LeBoeuf RN |
| 4-11-05 | | Carried to see Dr. Gilbert — C. LeBoeuf RN |
| 4-15-05 | | Sent to EAMC for upper GI & small bowel follow through C. LeBoeuf RN |
| 4-21-05 | | Called Dr. Gilberts nurse and left message to please fax results to jail for the Shwtein review C. LeBoeuf |
| 4-22-05 | | Received faxed report that no abnormality found on Barium Swallow & Upper GI series Gave report to Inmate. C. LeBoeuf RN c- |
| 4-5-05 | | |

PROGRESS NOTES



Name *Dantay Caldwell*

UMR # ████████████

| Date | Service Given | Sign All Entries |
|------|---------------|------------------|
| 5-4-5 | | S Fght Hand |
| | | Injur (R) hd |
| | | BE bit (R) flank + abd |
| | | O (R) hand tele swell at 3rd + 4th MCP |
| | | Wrist PROB pcce PROB |
| | | Bite (R) flank |
| | | purtfol abd |
| | | A Frct (R) hd |
| | | Bite (R) flank |
| | | (R) Tdm toxd |
| | | Splnt |
| | | Ortho consult |
| 5-4-05 | | Tetnus toxod 0.5mg adm. IM (L) deltoid. Ø adverse reaction noted @ this time. Inmate tolerated well @ 0740 |
| 5-5-05 | | Made appointment with Dr. Vhatly @ Dadeville for (R) hand Swelling for 5-18-05 @ 10:00 C. DeBork |
| 5-6-05 | | Sent to Prison "State" _____ C. DeBork |
| 5-6-05 | | Had made Ortho appointment for May 18th @ 10:00 in Dadeville but Cancelled due to Inmate Transport to State _____ C. DeBork |

# Exhibit S
# Inmate File, Daily Check Logs

# Tallapoosa County Jail
## Daily Jail Check Log

Cell: _C-10_          Date _1-6-05_

Inmate: _Caldwell, Duntay_

| Time | Remarks | C.O. | Time | Remarks | C.O. |
|------|---------|------|------|---------|------|
| 0845 | moved to C-10 | C165 | | | |
| 0855 | Talked to me | C165 | | | |
| 0855 | Gave warning for beating on trayhole | C134 | | | |
| 0900 | Gave last warning | C134 | | | |
| 0905 | to see mcmichael | C134 | | | |
| 0925 | back in cell | C134 | | | |
| 0945 | laying head on table | C165 | | | |
| 1015 | on Back | C165 | | | |
| 1027 | laying on back | C134 | | | |
| 1100 | on R side | C165 | | | |
| 1130 | on R side | C165 | | | |
| 1159 | on R side | 147 | | | |
| 1210 | Tray served | 165 | | | |
| 1229 | sitting on bunk | 6250 | | | |
| 1240 | P/U Tray | C165 | | | |
| 1300 | on Bed | 147 | | | |
| 1330 | out to see Dr. | C134 | | | |
| 1340 | back in cell | C134 | | | |
| 1350 | on Back | C165 | | | |
| 1430 | on Back | C165 | | | |
| 1450 | Talked to me | C165 | | | |
| 1520 | Talked to me | C165 | | | |
| 1524 | talked to me | 147 | | | |
| 1530 | moved Back to C1 | 165 | | | |

*Need to know if he eats too* *much he eats.*                *Per Nurse Webb*

# Tallapoosa County Jail
## Daily Jail Check Log

Cell: **C-10**                                    Date **1-7-04**

Inmate: **Caldwell, Deaunte**

| Time | Remarks | C.O. | Time | Remarks | C.O. |
|------|---------|------|------|---------|------|
| 1508 | Placed in C-10 | 158 | 0028 | ON L side | 133 |
| 1545 | To Sgt office | | 0045 | ON L side | 133 |
| | Phone call to family | aw | 0053 | ON L side | 133 |
| 1606 | talked to me | 158 | 0118 | ON stomach | 133 |
| 1620 | On back | 187 | 0151 | ON (R) side | 31 |
| 1650 | Observed | 187 | 0220 | ON L side | 133 |
| 1708 | Talked to inmate | 133 | 0249 | ON L side | 133 |
| 1730 | sitting on bunk | 133 | 0313 | ON stomach | 133 |
| 1800 | sitting on bunk | 133 | 0377 | ON stomach | 133 |
| 1817 | sitting on bunk | 133 | 0400 | ON stomach | 133 |
| 1824 | tray served | 133 | 0432 | ON stomach | 133 |
| 1832 | tray up | 133 | 0523 | sleep on (R) side | 158 |
| 1914 | on bunk | 133 | 0538 | sleep on (R) side | 158 |
| 1933 | At window | 133 | 0615 | served tray | 158 |
| 1950 | Hot & cold | 133 | 0626 | Picked up tray Didn't eat | 158 |
| 2012 | sitting on bunk | 133 | 0632 | Given meds | 158 |
| 2026 | sitting on bunk | 133 | 0714 | laying on (R) side | 158 |
| 2043 | sitting on bunk | 133 | 0823 | talked to him | 158 |
| 2129 | Talked to inmate | 133 | 0858 | laying on his Back | 158 |
| 2139 | at table sitting | 31 | 0924 | laying on his back | 158 |
| 2147 | Talked to inmate | 31 | 1000 | Observed on Camera | — |
| 2215 | ON Back | 133 | | Lying down | — |
| 2248 | ON L side | 133 | 1030 | Lying on R side | 132 |
| 2309 | on L side | 133 | 1106 | sleep on (R) side | 158 |
| 2333 | ON L side | 133 | 1220 | served tray | 158 |
| 0010 | ON L side | 133 | | all that was eaten off his tray was Boiled eggs | ✓ |

# Tallapoosa County Jail
## Daily Jail Check Log

Cell: _C-10_                                          Date _1-8-05_

Inmate: _Caldwell, Deaunte_

| Time | Remarks | C.O. | Time | Remarks | C.O. |
|------|---------|------|------|---------|------|
| 1400 | talked to at | 158 | 2354 | On Back | 73 |
|  | window |  | 0024 | ON BACK | 133 |
| 1423 | out of cell | 158 | 0039 | ON Back | C3 |
| 1451 | back in cell | 158 | 0104 | ON Back | C3 |
| 1704 | ON Bed | C3 | 0139 | On L side | 133 |
| 1724 | ON Stomach | C3 | 0204 | On L side | 73 |
| 1753 | lieg sewed | 73 | 0230 | ON (R) Side | C3 |
| 1813 | Lying on back | C3 | 0253 | ON (R) Side | C3 |
| 1818 | ate everything | 73 | 0320 | ON (R) Side | C3 |
|  | corn & peas |  | 0343 | ON (L) Side | C3 |
| 1858 | Out to | C3 | 0351 | on (L) side | 154 |
|  | booking for call |  | 0412 | On (L) side | 73 |
| 1912 | Back in cell | C3 | 0428 | ON (L) Side | C3 |
| 1940 | ON Back | C3 | 0441 | ON (L) Side | C3 |
|  | in bed |  | 0445 | On (L) side | 163 |
| 2005 | Lying on stomach | C3 | 0515 | on back | 132 |
| 2029 | On (R) side | C154 | 0530 | On Back | 163 |
| 2030 | ON R side | 133 | 0620 | on Back | 163 |
| 2046 | Lying on back | C3 | 0625 | Tray Refused | C156 |
| 2106 | lying on bed | 73 | 0650 | on (L) side | 163 |
| 2137 | laying on back | 73 | 0707 | on (L) side | C157 |
| 2208 | laying on back | 73 | 0730 | on (L) side | C157 |
| 2222 | laying on back | 73 | 0800 | meals given | C157 |
| 2251 | laying on back | 73 | 0820 | sleep on (L) side | 158 |
| 2307 | laying on back | 73 | 0900 | on back | 132 |
| 2333 | laying on back | 73 | 0930 | on stomach | 132 |

Needs to know if he gets sick or refuses tray

# Tallapoosa County Jail
## Daily Jail Check Log

Cell: ___C1D___    Date ___1-9-5___

Inmate: Caldwell Death

| Time | Remarks | C.O. | Time | Remarks | C.O. |
|------|---------|------|------|---------|------|
| 1100 | On Back | 163 | 2054 | Lying on back | C3 |
| 1135 | awake on bed | 132 | 2100 | ON BACK | 133 |
| 1202 | Sitting | CSG | 2120 | On back | 73 |
| 1236 | Sitting | CSG | 2125 | On BACK | 133 |
| 1251 | Tray Served | CSG | 2145 | ON BACK | 133 |
| 1307 | picked up tray | 158 | 2208 | On back | 73 |
| 1315 | awake on bed | 132 | 2215 | ON STOMACH | 133 |
| 1337 | laying on back | 158 | 2250 | ON L side | 133 |
| 1345 | laying on back | 163 | 2319 | ON L side | 133 |
| 1410 | laying on back | 163 | 2340 | ON STOMACH | 133 |
| 1415 | Hot & cold | 163 | 0008 | on R side | 154 |
| 1445 | laying on back | 158 | 0037 | ON L side | 133 |
| 1517 | laying on stomach | 158 | 0055 | ON L side | 133 |
| 1541 | talked to me | 158 | 0122 | ON L side | C3 |
| 1610 | waved at me | 132 | 0152 | On Back | 73 |
| 1630 | sitting on bed | CSG | 0215 | On back | 73 |
| 1703 | sitting on Bunk | 133 | 0238 | ON BACK | 133 |
| 1735 | on bed awake | 154 | 0334 | On back | 73 |
| 1815 | TRAY SERVED | 133 | 0355 | ON STOMACH | 133 |
| 1837 | TRAY UP | 133 | 0411 | on R side | 154 |
| 1905 | At window | 133 | 0433 | on R side | 154 |
| 1941 | At window | 133 | 0445 | ON L side | CSG |
| 2004 | Moving about | C3 | 0453 | sleep on R side | 158 |
|      | ON Bed |  | 0519 | sleep on R side | 158 |
| 2040 | on stomach | 154 | 0558 | served tray | 158 |
| 2042 | on stomach | 73 | 0558 | refused | 158 |
|      |  |  | 0648 | 9 am. meds. | 158 |

# Tallapoosa County Jail
## Daily Jail Check Log

Cell: _C-10_          Date _1-10-05_

Inmate: _Crowell, Dunry_

| Time | Remarks | C.O. | Time | Remarks | C.O. |
|------|---------|------|------|---------|------|
| 0730 | Sleep on back | C106 | 1844 | liy up | 73 |
| 0750 | ask to Exercise | 163 | 1852 | made sure | 73 |
| 0816 | laying on back | 158 | 1936 | on Back | 132 |
| 0830 | on back | C106 | 1938 | on back | 73 |
| 0850 | Talking to me | 167 | 1956 | on back | 73 |
| 0906 | talked to him | 158 | 2030 | ON Bed | C31 |
| 0955 | talking to me | 163 | 2104 | Moved to C9 | C31 |
| 1025 | On stomach | 132 | 2134 | Talking to me | C31 |
| 1100 | at window | 132 | 2157 | talking on mat | 154 |
| 1120 | Lay down | C106 | 2241 | talking under cover | 154 |
| 1151 | laying on back | C106 | 2320 | on B side | 154 |
| 1215 | Tray served | C106 | 0002 | on back | 154 |
| 1242 | Tray up | C106 | 0031 | on back | 73 |
| 1308 | talked to me | 158 | 0047 | ON Back | C31 |
| 1313 | laying on stomach | 158 | 0055 | on back | 73 |
| 1328 | sitting on bed | C104 | 0131 | on back | 73 |
| 1400 | Talking to oscar | 132 | 0196 | on back | 73 |
| 1430 | talking to me | 163 | 0231 | on back | 73 |
| 1500 | talking to me | 163 | 0305 | ON Back | C31 |
| 1541 | talking Picacher | 158 | 0342 | on B side | 154 |
| 1600 | talked him | 158 | 0409 | on B side | 73 |
| 1708 | Talking to me | 154 | 0430 | on B side | 73 |
| 1736 | on bed | 154 | 0500 | on R side | C166 |
| 1750 | on back | C31 | 0530 | on R side | C166 |
| 1816 | Moving on bed | C31 | 0615 | served tray | C166 |
| 1827 | tray served | 73 | 0640 | picked tray up | C166 |
|  |  |  | 0720 | gave meds | C166 |

# Tallapoosa County Jail
## Daily Jail Check Log

Cell: C-10                              Date 1-11-05

Inmate: Caldwell, D.

| Time | Remarks | C.O. | Time | Remarks | C.O. |
|------|---------|------|------|---------|------|
| 0800 | On R side | 165 | | | |
| 0837 | on R side | 147 | | | |
| 0900 | Talked 2 me | 166 | | | |
| 0923 | out to exercise | c134 | | | |
| 0945 | Back in cell | 165 | | | |
| 1030 | on Buck asleep | 166 | | | |
| 1100 | on Back | 147 | | | |
| 1114 | placed in C-9 | 147 | | | |
| 1220 | Served tray | 166 | | | |
| 1320 | talked 2 me | 166 | | | |
| | | | | | |

# Tallapoosa County Jail
## Daily Jail Check Log

Cell: __C-10__                                      Date __1-12-05__

Inmate: __Caldwell, D.__

| Time | Remarks | C.O. | Time | Remarks | C.O. |
|------|---------|------|------|---------|------|
| 0735 | placed in cell | C166 | 1936 | Hot food | 162 |
| 0754 | using toilet | C134 | 1950 | given Meds/phone | 132 |
| 0824 | At window | C147 | 2000 | walking around | 132 |
| 0832 | standing at window | C134 | 2020 | talked to me | 164 |
| 0841 | sitting -if litte | 147 | 2035 | ON BACK | 162 |
| 0857 | sitting on bed | C134 | 2100 | ON BACK | 162 |
| 0915 | sitting on bed | C166 | 2120 | talked to me | 164 |
| 0931 | talked to at window | 147 | 2130 | ON BACK | 162 |
| 1002 | talking | C134 | 2150 | moving around | 132 |
| 1003 | moved to CSX | C166 | 2206 | ON (L) side | 162 |
| 1045 | moved back | C166 | 2230 | ON (L) side | 162 |
| 1115 | laying on back | C134 | 2301 | ON (L) side | 162 |
| 1132 | talking to inmates in cell | C134 | 2332 | ON STOMACH | 162 |
| 1235 | Tray served | C134 | 0005 | ON (L) side | 162 |
| 1305 | Tray up | C134 | 0035 | ON BACK | 162 |
| 1330 | sitting on bed | C166 | 0051 | ON BACK | 162 |
| 1430 | Talked to me | C165 | 0125 | ON (L) side | 162 |
| 1455 | talking | C134 | 0200 | ON (L) side | 162 |
| 1540 | talking to me | C134 | 0230 | ON BACK | 162 |
| 1609 | placed in B7 | 147 | 0305 | ON (L) side | 162 |
| 1720 | placed back in c10 | 164 | 0330 | sleep on L | C142 |
| 1745 | TALKING TO ME | 162 | 0355 | ON (L) side | 162 |
| 1815 | TRAY SERVED | 162 | 0423 | ON (C) side | 162 |
| 1830 | TRAY PICKED UP | 162 | 0500 | ON (L) side | 162 |
| 1855 | WRITING LETTER | 162 | 0520 | on L side | 165 |
| 1920 | TALKED TO ME | 162 | 0545 | on R side | 165 |

# Tallapoosa County Jail
## Daily Jail Check Log

Cell: _C-10_          Date _1-13-05_

Inmate: _Caldwell, D_

| Time | Remarks | C.O. | Time | Remarks | C.O. |
|------|---------|------|------|---------|------|
| 0620 | Trays served | C165 | 2215 | on R side | 164 |
| 0645 | P/u Trays | C165 | 2235 | on R side | 164 |
| 0845 | Talked to me | C165 | 2300 | on back | 164 |
| 0925 | on R side | 147 | 2330 | on R side | 164 |
| 0940 | on back | C164 | 0000 | on R side | 164 |
| 1026 | talking to me | C134 | 0025 | on back | 164 |
| 1100 | Talked to me | C165 | 0100 | on L side | 164 |
| 1210 | Trays served | 165 | 0135 | on R side | 82 |
| 1235 | P/u Trays | 165 | 0200 | on back | 164 |
| 1335 | talking to me | C134 | 0230 | on back | 164 |
| 1350 | at tray hole | C163 | 0257 | on L side | 164 |
| 1600 | in C-9 | C165 | 0330 | Sleep on L | C142 |
| 1720 | talked to me | 164 | 0355 | on L side | 164 |
| 1745 | at window | 164 | 0430 | on L side | 164 |
| 1830 | tray served | 164 | 0512 | R side asleep | C134 |
| 1850 | tray up | 164 | 0613 | Tray Served | C134 |
| 1905 | talked to me | 164 | 0625 | Tray up | C134 |
| 1920 | sitting on bed | 164 | 0659 | L side asleep | C134 |
| 1925 | meds given | 164 | 0705 | Gave Meds | C134 |
| 1940 | on back shower | 164 | 0743 | on stomach asleep | C134 |
| 2000 | talked to me | C142 | 0815 | on Back | C165 |
| 2025 | sitting on bed | 164 | 0919 | at door | C134 |
| 2055 | at window | 164 | 0945 | out to shower | C134 |
| 2120 | at table eating snack | 82 | 1030 | back from shower | C134 |
|  |  |  | 1100 | on Back | C165 |
| 2145 | on R side | 164 |  |  |  |

# Tallapoosa County Jail
## Daily Jail Check Log

Cell: ___C-10___                                  Date ___1-14-05___

Inmate: ___Caldwell, D___

| Time | Remarks | C.O. | Time | Remarks | C.O. |
|------|---------|------|------|---------|------|
| 1210 | Tray Served | C134 | 2350 | laying on ® side | 82 |
| 1242 | At window | 147 | 0015 | ON BACK | 162 |
| 1248 | Tray up | 147 | 0045 | ON BACK | 162 |
| 1328 | Talking to me | C134 | 0100 | ON Back | 162 |
| 1345 | out on yard | C134 | 0130 | on ® side | 162 |
| 1406 | back in cell | C134 | 0200 | laying on ® side | 82 |
| 1433 | on back | C134 | 0240 | laying on stomach | 82 |
| 1450 | On Back | C165 | 0305 | ON STOMACH | 162 |
| 1540 | at window | C134 | 0330 | on L side | 164 |
| 1605 | Sitting on bed | C166 | 0350 | on L side | 164 |
| 1705 | ON BACK | 162 | 0420 | ON ® side | 162 |
| 1735 | OUT OF CELL | 142 | 0432 | ON L side | 162 |
| " | w/ MRS. WEBB | " | 0503 | sleep on ® side | 158 |
| 1700 | BACK IN CELL | 162 | 0558 | sleep on ® side | 158 |
| 1835 | TRAY SERVED | 162 | 0619 | sleep on stomach | 158 |
| 1902 | TRAY PICKED UP | 162 | 0632 | Tray Served | C118 |
| 1910 | TALKED TO ME | 162 | 0726 | laying on back | 158 |
| 1947 | TALKED TO me | 162 | 0800 | TALKING | C118 |
| 2020 | meds GIVING | 162 | 0830 | on bed | C116 |
| 2050 | ON BACK | 162 | 0924 | laying on back | 158 |
| 2130 | ON BACK | 162 | 1025 | sitting up | 132 |
| 2155 | ON BACK | 162 | 1052 | talked to me | 158 |
| 2220 | ON L side | 162 | 1213 | laying on ® side | 158 |
| 2247 | ON ® side | 162 | 1230 | on bunk | 132 |
| 2305 | ON ® side | 162 | 1832 | served tray | 158 |
| 2320 | ON STOMACH | 162 | 1315 | picked up tray | 158 |
|  |  |  | 1351 | talked to me | 158 |

# Tallapoosa County Jail
## Daily Jail Check Log

Cell: _C-10_    Date _1-15-05_

Inmate: _Deuntay Caldwell_

| Time | Remarks | C.O. | Time | Remarks | C.O. |
|------|---------|------|------|---------|------|
| 1520 | Sitting up | 158 | 2244 | intake | 181 |
| 1544 | Walking around | CNB | 2330 | on bed | 73 |
| 1606 | In C-8 using | 158 | 2353 | On L side | 73 |
|  | Phone |  | 0013 | On L side | 73 |
| 1630 | Back in Cell | 158 | 0054 | ON L side | 133 |
| 1641 | Laying on back | CNB | 0105 | on L side | 173 |
| 1702 | on back | 154 | 0145 | on L side | 181 |
| 1707 | ON mat Wake | C3 | 0210 | on B side | 154 |
| 1730 | ON Bed Wake | C3 | 0243 | on R side | 73 |
| 1759 | Sitting on Bed | C3 | 0310 | on R side | 73 |
| 1818 | tray served | 73 | 0356 | Lying on back | C3 |
| 1847 | lying up | 73 | 0411 | Lying on back | C3 |
| 1852 | sweep given | 73 | 0430 | lying on bed | 73 |
| 1914 | on back | 154 | 0447 | sleep on back | CNB |
| 1943 | Talked TO 6250 | C33 | 0525 | sleep on stomach | 158 |
| 2005 | to C-8 To use Phone | 133 | 0547 | sleep on stomach | CNB |
| 2026 | IN C-8 | 133 | 0610 | Tray Served | CNB |
| 2049 | IN C-8 For | C3 | 0640 | Tray up | CNB |
|  | Phone call |  | 0708 | laying on Stomach | 158 |
| 2100 | IN cell | 133 | 0725 | MEDS given | CNB |
| 2131 | Talking | 133 | 0821 | Out for Shower | 158 |
| 2149 | ON Stomach | C3 | 0834 | Back in cell | 158 |
|  | moving around | | 0915 | moving around | 132 |
| 2211 | Lying R Side | C3 | 0953 | laying on back | 158 |
| 2200 | ON Stomach | C3 | 1030 | Out using phone | 158 |
| 2235 | on back | 154 | 1130 | back in cell | 158 |
|  |  |  | 1200 | Tray Served | CNB |

# Tallapoosa County Jail
## Daily Jail Check Log

Cell: _C-10_  Date _1-16-05_

Inmate: _Caldwell_

| Time | Remarks | C.O. | Time | Remarks | C.O. |
|------|---------|------|------|---------|------|
| 1225 | Tray up | Guy | 0016 | on L side | 133 |
| 1330 | combing hair | 132 | 0041 | on L side | 133 |
| 1343 | sitting up | 158 | 0100 | on back | 133 |
| 1403 | sitting up | 158 | 0132 | on L side | 133 |
| 1430 | sitting up | Guy | 0200 | on L side | 133 |
| 1500 | sitting up | C06 | 0232 | on L side | 133 |
| 1530 | sitting up | Guy | 1255 | on back | 154 |
| 1600 | Hot/cold served | Guy | 0320 | on back | 133 |
| 1638 | sitting up | 158 | 0344 | on back | 137 |
| 1704 | sitting on bed | C3l | 0407 | on L side | 133 |
| 1720 | sitting on bed | C3l | 0415 | on L side | 13 |
| 1810 | tray served | 133 | 0432 | on L side | 137 |
| 1827 | tray up | 133 | 0500 | sleep on back | Guy |
| 1905 | talking & meds | 133 | 0534 | sleep on R side | 158 |
| 1922 | Hot & cold | 133 | 0610 | served tray | 158 |
| 2006 | talking | 133 | 0615 | picked up tray | 158 |
| 2036 | talking | 133 | 0649 | sleep on R side | 158 |
| 2108 | lying in bed | C3l | 0705 | med | 167 |
| 2131 | lying on bed | 154 | 0722 | on L side | Guy |
| 2203 | on back | 133 | 0810 | walking around | 158 |
| 2231 | turning over | C3l | 0830 | at window | Guy |
| 2251 | on back | 133 | 0900 | sitting | Guy |
| 2325 | on left side | 154 | 0938 | in C8 on phone | 158 |
| 2344 | on left side | 13 | 1015 | back in cell | 132 |
| 2350 | on R side | 154 | 1040 | on R side | 167 |
| 0011 | on L side | 133 | 1139 | laying on R side | 158 |

# Tallapoosa County Jail
## *Daily Jail Check Log*

Cell: _C-10_                    Date _1-17-05_

Inmate: _Caldwell, Duntay_

| Time | Remarks | C.O. | Time | Remarks | C.O. |
|------|---------|------|------|---------|------|
| 1208 | served tray | 158 | | | |
| 1219 | picked up tray | 158 | | | |
| 1300 | on back | 132 | | | |
| 1349 | talked to preacher | 158 | | | |
| 1524 | gave store sheet | 158 | | | |
| 1559 | on back reading | 158 | | | |
| 1630 | at window | 132 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |