**Exhibit T**
**Inmate Medical File, Medications/Physicians Orders**



*NKA*

## MEDICATIONS/PHYSICIAN ORDERS

Caldwell, Sunday

### MEDICATIONS

| Date | Medication | (List all current medications except those listed on the front of this form) | Dosage/Route/Administration | Date Discontinued |
|------|-----------|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### PHYSICIAN ORDERS

| Date | Order | Signature |
|------|-------|-----------|
| 7/xx | Reflex 1gm BID X 7 days | (illegible) |
|  | antibiotic cream BID X 2 days |  |
| 10-24-04 | Mycolog cream feet BID x 10d | (illegible) |
|  | Cortisporin otic ear bid x 10d |  |
| 10-27-04 | Elavil 25g qhs | (illegible) |
| 6/13/2000 | Ibuprofen 600mg 1 po BID X 14 | (illegible) |
| 1-6-5 | Prilosec 20 (o qd x 2 mo) | JMn |
| 1/10/05 | ↑ Prilosec 40mg PO q AM | R.W. DrSchuster (illegible) |
|  | Carafate 1gm BID x 8wks |  |
| 1-13-5 | Cort cream Aylea H. Aylea AB | (illegible) |
|  | Neos 30c hs po |  |
| 1/21/05 | (illegible) Tylenol released X 14 days | R.W. (illegible) |
| 2-1-05 | Preparation H Cream to hemorroids qd | C.W. DiBose RN |
|  | as needed |  |

TCJ Form-STD

## MEDICATIONS/PHYSICIAN ORDERS

### MEDICATIONS

| Date | Medication | (List all current medications except those listed on the front of this form) | Dosage/Route/Administration | Date Discontinued |
|------|-----------|------------------------------------------------------------------------------|------------------------------|-------------------|
|      |            |                                                                              |                              |                   |
|      |            |                                                                              |                              |                   |
|      |            |                                                                              |                              |                   |
|      |            |                                                                              |                              |                   |
|      |            |                                                                              |                              |                   |
|      |            |                                                                              |                              |                   |

### PHYSICIAN ORDERS

| Date | Order | Signature |
|------|-------|-----------|
| 2-3-5 | Apply to buttock  prn  Neosporin ointment  AU x 7d, | |
| 2-11-5 | Prilosec 40, 1 po qd  Elavil 25, 1 po hs | |
| 2-18-05 | D/C MOM prn | C. LaBoe RN |
| 3-2-05 | Ibuprofen 400mg 1 po bid as needed for mouth pain | C. LaBoe RN |
| 3-3/05 | Sudogest 1 po bid x 7days | C. LaBoe RN |

# MEDICATIONS/PHYSICIAN ORDERS

*Dimitry Caldwell*

## MEDICATIONS

| Date | Medication (List all current medications except those listed on the front of this form) | Dosage/Route/Administration | Di |
|------|------|------|------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## PHYSICIAN ORDERS

| Date | Order | Signature |
|------|------|------|
| 5-11-5 | CBC result *(illegible handwriting)* + *(illegible)* (R) h *(illegible)* | |
|  | Tetanus Toxin 0.5ml Im | |

**Exhibit U
Inmate Medical File, Medication Administration
Record**

1-21-05  A.m. would not get ou
of bed at med time was
asked twice.

# MEDICATION SHEET - ADMINISTRATION RECORD

= S L FORMS #9001 (for ACC print programs)

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prilosec 20mg Take ① daily | 8 Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Poli Dec disrt Take ② daily 1 n Am | 8 pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Carafate 1gm Take ① twice a day X 2 wks | 8 Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8 pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MOM 30cc Take twice a day as Needed | 8 Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8 pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prevpac (combination B,Amx clar) Take twice a day as directed x 14 days | 8 Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8 pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MOM 30cc Take twice a day as Needed | 8 Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 8 pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

| | 21 | 22 | 23 | 24 | 25 | 26 | 25 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

Charting For 01-07-2004   Through

| Physician | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Alt. Phys. | | Alt. Telephone | | |
| | | Rehabilitative Potential | | |
| Diagnosis | | | | Admission Date |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: | Title: | Date: |
| Resident | | Birth Date | Resident Code | Room No. | Bed | Facility Co |

# MEDICATION ADMINISTRATION RECORD

TALLAPOOSA COUNTY JAIL
CALDWELL, DUNTAY
REPORT DATE : 02/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRILOSEC 40MG CAPSULE DR TAKE ONE TABLET BY MOUTH ONCE DAILY | 730AM | | | | | | | | | | |
| *Prevacid, Biaxin Amoxicillin take twice a day x/4 days* | 0800 | | | | | | | | | | |
| *Preparation H to Hemorroids qd as needed* | 0800p | | | 4 | | | | | | | |
| *MOM 3cc HS PRN* | | | | 4 | | | | | | | |
| *Nizoral Shampoo qd x 7 days* | 0800 | | | | | | | | | | |
| *Amitryptyline 25mg one at Night* | 0800 | | | | | | | | | | |

ARTING FOR   02/01/05        THROUGH   02/28/05             PAGE      1 OF   1

Physician   SCHUSTER, ROBERT A            Telephone No.   256-825-7871         Medical Record No.
            STOCK SUPPLY                  Alt. Telephone                       620562
                                          Rehabilitative
                                          Potential

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prilosed 40mg ī po daily | 0800 | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

CHARTING FOR 2/11/05 THROUGH 2/28/05

| Physician | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| L. Physician | | Alt. Telephone | | |
| Allergies | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: By: D.O.S. | | | | | Title: | | Date: |
|---|---|---|---|---|---|---|---|---|---|
| RESIDENT | | | Sex | Room | Patient Code | | | Admission Date |

MEDICATION ADMINISTRATION RECORD

TALLAPOOSA COUNTY JAIL
CALDWELL, DANTAY
REPORT DATE : 03/05

| MEDICATION | HOURS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRILOSEC 40MG CAPSULE DR TAKE (1) CAPSULE BY MOUTH DAILY. | 730AM | | | | | | | | | | | | | | | | | | | | |

Amtriptyline 25 mg at night

Preperation H to Hemorroids gd as Needed

Ibupro fen 400 mg 1 twice a day As Needed

Sudogest 1 twice a day X 7 days

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

| CHARTING FOR | 03/01/05 | THROUGH | 03/31/05 | PAGE | 1 OF | 1 | |
|---|---|---|---|---|---|---|---|
| Physician | SCHUSTER, ROBERT A | | | Telephone No. | 256-825-7871 | | Medical Record No. |
| Physician | STOCK SUPPLY | | | Alt. Telephone | | | TJ620570 |
| Allergies | | | | Rehabilitative Potential | | | |

| Diagnosis | | | | | | | |
|---|---|---|---|---|---|---|---|
| Medicaid Number | Medicare Number | | Approved By Doctor: By: | | | Title: | Date: |
| | | | D.O.B. | Sex | Room | Patient | |
| RESIDENT | Dantay | | | | | | |

MEDICATION ADMINISTRATION RECORD 

TALLAPOOSA COUNTY JAIL
CALDWELL, DANTAY
REPORT DATE : 04/05

| MEDICATION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRILOSEC 40MG CAPSULE DR TAKE (1) CAPSULE BY MOUTH DAILY. | 730AM | | | | | | DIED | | | | |
| Ibuprofen 400mg 1 twice a day as Needed | 0800 | | | | | | | | | | |
| | 8p | | | | | | | | | | |
| Preparation H to Hemorroids daily as needed | 850 | | | | | | | | | | |
| | 8p | | | | | | | | | | |
| Amitriptylie 25mg at night | 8p | | | | | | | | | | |
| Ibuprofen 400mg Give now for Head Ache. | 9:43pm | | | | | | | | | | |
| Protonix 40mg 1 daily | 0800 | | | | | | | | | | |

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|   | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |

|   | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| BT | | | | | | | | | | | |

| STARTING FOR | 04/01/05 | THROUGH | 04/30/05 | PAGE | 1 OF | 1 | |
|---|---|---|---|---|---|---|---|
| Physician | SCHUSTER, ROBERT A | | | Telephone No. | 256-825-7871 | | Medical Record No. |
| Allergies | STOCK SUPPLY | | | Alt. Telephone | | | TJ620570 |
| | NKA | | | Rehabilitative Potential | | | |

| Medicaid Number | | Medicare Number | | Approved By Doctor | | | |
|---|---|---|---|---|---|---|---|
| | | | | By: | | Title: | Date: |
| | | | | DOB | Sex | Room | Admission |





TALLAPOOSA COUNTY JAIL
CALDWELL, DONTAE
REPORT DATE : 05/05

MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 |
|---|---|---|
| ~~MILK OF MAGNESIA SUSPENSI USE ONE CUP ONCE DAILY AS NEEDED~~ | | |
| Amitriptyline 25mg @ Night | 8pm | ✓ ᑕᑕᑕᑕᑕ |
| PROTONIX 40MG TABLET EC TAKE ONE TABLET ONCE DAILY. | 730AM | ᑕᑕᑕᑕᑕ |
| Ibuprofen 400mg 1 twice a day as needed | 0800 | ᑕᑕᑕᑕᑕ |
| | 8p | ✓ ᑐᑐᑐᑐᑐ |
| Preperation H to Hemorroids daily as Needed | 0800 | |
| Tetanus toxin 0.5mg IM | | |
| | 6pm | ———— 2RC |

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| BT | | | | | | | | | | |
|   | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B | | | | | | | | | | |
| L | | | | | | | | | | |
| S | | | | | | | | | | |
| ET | | | | | | | | | | |
|   | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| B | | | | | | | | | | | |
| L | | | | | | | | | | | |
| S | | | | | | | | | | | |
| ET | | | | | | | | | | | |

STARTING FOR   05/01/05       THROUGH   05/31/05         PAGE   1 OF   1

Physician   SCHUSTER, ROBERT A        Telephone No.   256-825-7871      Medical Record No.
            STOCK SUPPLY              Alt. Telephone                     TJ523565
Allergies                            Rehabilitative
                                     Potential

Diagnosis
Medicaid Number    Medicare Number    Approved By Doctor:
                                      By:                   Title:        Date:

RESIDENT   Caldwell, Dantae          D.O.B.    Sex    Room    Patient    Christian

**Exhibit V**
**Inmate Medical File, Records from Lake Martin**
**Community Hospital**



# Lake Martin Community Hospital

201 Mariarden Road
Dadeville, Alabama, 36853
Phone: 256-825-7821
Fax: 256-825-5311

| Name: | CALDWELL, DANTAY | | | Accession: 54421 | |
|---|---|---|---|---|---|
| Patient Number: | 009018000 | | | | |
| Birth: | ██1973 | Age: 31 years | Sex: M | Collected/Drawn: 1/13/2005 01:16 PM | CBN |
| Doctor: | JAIL / Schuster, Robert | | | Received in Lab: 1/13/2005 01:16 PM | SDM |
| Home Phone: | (000)000-0000 | | | | |
| HOSPITAL # | 943609 | | | | |

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|

## Quest Results

| ID | Result | Unit | Flag | Reference Range | Status |
|---|---|---|---|---|---|
| 29407 | HELICOBACTER PYLORI IGG ANTIBODY | | | | * * Results Still Pending |

— End Of Report —

Reviewed By: _____                    Date: 1/14/05

 

# Lake Martin Community Hospital

**201 Mariarden Road**
**Dadeville, Alabama, 36853**
**Phone: 256-825-7821**
**Fax: 256-825-5311**

| | | | |
|---|---|---|---|
| Name: | CALDWELL, DANTAY | | Accession: 54421 |
| Patient Number: | 009018000 | | |
| Birth: | ▉1973 | Age: 31 years    Sex: M | Collected/Drawn: 1/13/2005 01:16 PM     CBN |
| Doctor: | JAIL / Schuster, Robert | | Received in Lab: 1/13/2005 01:16 PM     SDM |
| Home Phone: | (000)000-0000 | | |
| HOSPITAL # | 943609 | | |

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| **CBC W/DIFF** | | | | *Run By: RON on 1/13/2005 at 01:52 PM* |
| WBC | 6.8 | R/X   K/uL | | 4.8   -   10.0 |
| RBC | 5.18 | K/uL | | 4.70   -   6.10 |
| Hemoglobin | 14.6 | g/dL | | 14.0   -   18.0 |
| Hematocrit | 43.8 | % | | 42.0   -   52.0 |
| MCV | 84.4 | fL | | 80.0   -   94.0 |
| MCH | 28.2 | pg | | 27.0   -   31.0 |
| MCHC | 33.4 | g/dL | | 33.0   -   37.0 |
| RDW | 12.2 | % | | |
| MPV | 9.5 | fL | | |
| Platelet | 249 | K/uL | | 130   -   400 |
| Neutrophil % | 52 | R/X   % | | 42   -   75 |
| Lymphocytes % | 44 | R/X   % | | 21   -   51 |
| Monocytes % | 4 | R/X   % | | 2   -   9 |
| Neutrophil # | 3.5 | R/X   K/uL | | |
| Lymphocytes # | 3.0 | R/X   K/uL | | 1.2   -   3.4 |
| MO# | 0.3 | R/X   K/uL | | |

1/14/05

 

# Lake Martin Community Hospital

**201 Mariarden Road**
**Dadeville, Alabama, 36853**
**Phone: 256-825-7821**
**Fax: 256-825-5311**

| Name: | **CALDWELL, DANTAY** | | | Accession: 54421 | |
|---|---|---|---|---|---|
| Patient Number: | 009018000 | | | | |
| Birth: | 1973 | Age: 31 years | Sex: M | Collected/Drawn: 1/13/2005 01:16 PM | CBN |
| Doctor: | JAIL / Schuster, Robert | | | Received in Lab: 1/13/2005 01:16 PM | SDM |
| Home Phone: | (000)000-0000 | | | | |
| HOSPITAL # | 943609 | | | | |

| Test Name | Result | Units | Flag | Reference Range | |
|---|---|---|---|---|---|
| **Comprehensive** | | | | *Run By: CEH on 1/13/2005 at 02:37 PM* | |
| Glucose | 73 | mg/dL | | 70 - | 110 |
| BUN | 8.6 | mg/dL | | 7.0 - | 18.0 |
| Creatinine | 1.17 | mg/dL | | 0.60 - | 1.30 |
| Sodium | 140 | mmol/L | | 136 - | 145 |
| Potassium | 4.7 | mmol/L | | 3.5 - | 5.1 |
| Chloride | 102 | mmol/L | | 98 - | 107 |
| $CO_2$ | 33 | mmol/L | HIGH | 21 - | 32 |
| Calcium | 8.5 | mg/dL | | 8.5 - | 10.5 |
| Total Protein | 7.74 | g/dL | | 6.40 - | 8.20 |
| Albumin | 3.9 | g/dL | | 3.4 - | 5.0 |
| AST | 19 | U/L | | 15 - | 37 |
| ALT | 36 | IU/L | | 30 - | 65 |
| Alk Phos | 67 | U/L | | 50 - | 136 |
| Total Bilirubin | 0.27 | mg/dL | | 0.00 - | 1.00 |
| Direct Bilirubi | 0.10 | mg/dL | | 0.00 - | 0.90 |
| **Amylase** | | | | *Run By: CEH on 1/13/2005 at 02:37 PM* | |
| Amylase | 44 | U/L | | 25 - | 115 |

**H. PYLORI IGG**                    *Tests Sent Out: 1/13/2005   Results Received: 1/13/2005*

1/14/05

01/17/2005  16:48    12568255311              LAKE MARTIN COMMUNIT            PAGE  06

# Lake Martin Community Hospital

### 201 Mariarden Road
### Dadeville, Alabama, 36853
### Phone: 256-825-7821
### Fax: 256-825-5311

| | | | | Accession: 54421 | |
|---|---|---|---|---|---|
| Name: | **CALDWELL, DANTAY** | | | | |
| Patient Number: | 009018000 | | | Collected/Drawn: 1/13/2005 01:16 PM | CBN |
| Birth: | 973 | Age: 31 years | Sex: M | Received in Lab: 1/13/2005 01:16 PM | SDM |
| Doctor: | JAIL / Schuster, Robert | | | | |
| Home Phone: | (000)000-0000 | | | | |
| HOSPITAL # | 943609 | | | | |

| Test Name | Result | Units | Flag | Reference Range |
|---|---|---|---|---|

## Quest Results

| ID | Name | Result | Unit | Flag | Reference Range | Status |
|---|---|---|---|---|---|---|
| | | | | | Run on: 1/14/2005 at 04:00 PM | |
| 29487 | HELICOBACTER PYLORI IGG ANTIBODY | | | | | |
| 35000100 | HELICOBACTER PYLORI IGG ANTIBODY | 3.15 | EIA VALUE | H | | F |

| | | |
|---|---|---|
| < OR = 0.90 | NEGATIVE: | NO HELICOBACTER PYLORI IGG ANTIBODY DETECTED |
| 0.91 - 1.09 | EQUIVOCAL | |
| > OR = 1.10 | POSITIVE: | HELICOBACTER PYLORI IGG ANTIBODY DETECTED |

A POSITVE RESULT INDICATES THAT THE PATIENT HAS ANTIBODY
TO H.PYLORI. IT DOES NOT DIFFERENTIATE BETWEEN AN ACTIVE
OR PAST INFECTION. THE CLINICAL DIAGNOSIS MUST BE
INTERPRETED IN CONJUNCTION WITH THE CLINICAL SIGNS AND
SYMPTOMS OF THE PATIENT.


Test Performed at:
QUEST DIAGNOSTICS-ATLANTA
1777 MONTREAL CIRCLE
TUCKER, GA  30084     WILLIAM M MILLER, MD


--- *End Of Report* ---

Reviewed By: _____                    Date: 1/17/05

APPROVED OMB NO. 08

| | | | 3 PATIENT CONTROL NO. |
|---|---|---|---|
| LAKE MARTIN COMMUNITY HOS | 2 | | 943609001C1B |
| 201 MARIARDEN ROAD | | | 1 |
| DADEVILLE AL 36853 | | | |
| 256-825-7821 | | | |

| 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD FROM | THROUGH | 7 COV D. | 8 N-C D. | 9 C-I D. | 10 L-R D. | 11 |
|---|---|---|---|---|---|---|---|
| 631282722 | 011305 | 011305 | 001 | 0000 | | | |

| 12 PATIENT NAME | | 13 PATIENT ADDRESS | | | | |
|---|---|---|---|---|---|---|
| CALDWELL DANTAY | | 316 IND PARK | DADEVILLE | AL | 36853 |

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 DATE | ADMISSION 18 HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | 24 | CONDITION CODES 25 26 27 28 29 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1973 | M | U | 011305 | 13 | 3 | 1 | 13 | 01 | 9018000 | | | |

| | OCCURRENCE CODE DATE | | OCCURRENCE CODE DATE | | 35 | OCCURRENCE SPAN CODE FROM THROUGH | 36 |
|---|---|---|---|---|---|---|---|

| CALDWELL DANTAY | | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 316 IND PARK | | | | | | | | |
| DADEVILLE      AL      36853 | | | | | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0301 | AMYLASE{S UR FL} | 82150 | 011305 | 1 | 9.97 | | |
| 0301 | COMPREHENSIVE META | 80053 | 011305 | 1 | 16.25 | | |
| 0302 | H PYLORI IGG | 86677 | 011305 | 1 | 36.75 | | |
| 0305 | CBC | 85027 | 011305 | 1 | 7.13 | | |
| 0001 | TOTALS | | | 4 | 70.10 | | |

*-45% discount*

# 38 55

#456239
NID# 20539
Booking# 04-002065

Submitted
3-14-05 (CE)

| 50 PAYER | 51 PROVIDER NO. | | | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
|---|---|---|---|---|---|---|
| TALLAPOOSA COUNTY JAIL OP | 631282722 | Y | Y | 0.00 | 70.10 | 316 DADEVILLE  ,AL 36853-0000 |

| | | DUE FROM PATIENT | | | 0.00 | |

| INSURED'S NAME | REL | 60 CERT. - SSN - HIC. - ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| CALDWELL DANTAY | | 01 | | |

| TREATMENT AUTHORIZATION CODES | | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
|---|---|---|---|

| PRIN DIAG. CD. | 68 CODE | 76 DGDS | OTHER DIAG. CODES | 74 CODE | 76 ADM DIAG. CD | 77 E-CODE | 78 |
|---|---|---|---|---|---|---|---|
| | | | | 5369 | | | |

| PRINCIPAL PROCEDURE CODE DATE | 81 OTHER PROCEDURE CODE DATE | 80 ATTENDING PHYS. ID |
|---|---|---|
| | | 16847    SCHUSTER R |
| OTHER PROCEDURE CODE DATE | OTHER PROCEDURE CODE DATE | F46548 SCHUSTER, ROBERT A |
| | | 83 OTHER PHYS. ID |

| REMARKS | OTHER PHYS. ID |
|---|---|
| | 85 PROVIDER REPRESENTATIVE   PAT BUNN | 86 DATE   031005 |

**Exhibit W**
**Fax Cover Sheet and Confirmation Sheet dated**
**January 21, 2005**

 

# JIMMY ABBETT
## Sheriff
Tallapoosa County Sheriff's Department
316 Industrial Park Drive
Dadeville, Alabama 36853
(256) 825-4264 • FAX (256) 825-1012

### FACSIMILE TRANSMITTAL SHEET

TO: Dr Schrules / Durant         FROM: Angela Webb

COMPANY:                         DATE: 1/21/05

FAX NUMBER: 825-5742             TOTAL NO. OF PAGES INCLUDING COVER: 2

PHONE NUMBER:                    SENDER'S REFERENCE NUMBER:

RE:                              YOUR REFERENCE NUMBER:

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS: I need a copy of lab Results
H. Pylori on Buntay Caldwell.
Call 825-1464 c any Questions
Thanks
Webb



## TX RESULT REPORT

*Tx Result Report*   No. 1

PRINT DATE = JAN. 21. 2005
PRINT TIME = 16:16

| FUNCTION | No. | DESTINATION STATION | DATE | TIME | PAGE | COMM. TIME | MODE | RESULT |
|----------|-----|--------------------|------|------|------|-----------|------|--------|
| TX | 1 | 8255742 | JAN. 21 | 16:15 | 2 | 0H00'47" | STD | ECM OK |

**Exhibit X**
**Inmate Medical File, Records from Lake Martin**
**Community Hospital**
**dated April 2005**

LAKE MARTIN COMMUNITY HOSPITAL 201 MARIARDEN ROAD          DADEVILLE      AL 36853

EMERGENCY ROOM • OUTPATIENT RECORD

| PATIENT NUMBER | TYPE | PATIENT NAME | | AGE | BIRTHDATE | SEX | M/S | UB | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 947158 | 2 | CALDWELL DANTAY | | 32 | 1973 | M | | UB | 4/11/05 | 15:12 | SMB |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 316 IND PARK | | DADEVILLE | AL | 36853 | |

| PATIENT | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|---|
| | CALDWELL ROSELLA | SPOUSE | | |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE |
|---|---|---|---|
| TALLAPOOSA COUNTY JAIL OP | | | |
| | | TIME | EVENT |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| CALDWELL DANTAY | 316 IND PARK | DADEVILLE | AL | 36853 | 825-1039 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |
|---|---|---|---|
| | | | |

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | ADMITTING/2ND PHYSICIAN |
|---|---|---|---|---|
| 943609 | 1/13/05 | | 9018000 | GILBERT G / |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT , ASSIGNMENT OF INSURANCE BENEFITS

1.  The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2.  The undersigned agrees to pay for services rendered by hospital upon release of patient.
3.  I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient
4.  I/we hereby authorize the Administrator of hospital to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

| DATE | TIME | SIGNED PATIENT | SIGNED GUARANTOR |
|---|---|---|---|
| | | | |

CHIEF COMPLAINT (If Accident State How, When, and Where)
CONSULT

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|

NURSES NOTES:

NURSE'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT

DIAGNOSIS:

TREATMENT:

| INSTRUCTIONS TO PATIENT: | CONDITION ON DISC | | |
|---|---|---|---|
| | IMP | STABLE | EXPIRED |

FOLLOW-UP WITH

_____ M.D.

_____ M.D.

PHYSICIAN'S SIGNATURE

PATIENT'S SIGNATURE ON DISCHARGE          DATE - TIME OF DISC.
BY SIGNING THIS I CERTIFY THAT I UNDERSTAND THE FOLLOW-UP

# Lake Martin Family Medicine

Robert A. Schuster, M.D.
John R. Durant, M.D.
Barbara Wilder, FNP/CRNP
Alan J. Swindall, M.D.
James R. Cobb, D.O.

301 Mariarden Road • P.O. Box 129
Dadeville, Alabama 36853
(256) 825-7871

Robert W. Bartel, M.D.
256-825-7164
Robert L. England, M.D.
Steven Cox, FNP/CRNP

For _Darby Caldwell_  Date _4/11_

Address _____

Refill
1
2
3
4
5
Prn
Non Rep

Label _____ M.D. _____ M.D.

DEA _____ AL _____

Script Printed LAKEMAR RX

PLEASE
DO NOT
STAPLE
IN THIS
AREA

TALLAPOOSA CITY JAIL
BILL MCCOY
316 INDUSTRIAL PK DR
DADEVILLE AL 36853

*Booking # 05-000356*
*NID # 20539*
*# 471848    5-3-05    co*

# HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | |

**1. MEDICARE  MEDICAID  CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER** — 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
CALDWELL    DANTAY

**3. PATIENT'S BIRTH DATE** MM DD YY  73  SEX M

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
CALDWELL    DANTAY

**5. PATIENT'S ADDRESS (No., Street)**

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse  Child  Other

**7. INSURED'S ADDRESS (No., Street)**

CITY DADEVILLE    STATE AL

**8. PATIENT STATUS**
Single  Married [X]  Other

CITY DADEVILLE    STATE AL

ZIP CODE    TELEPHONE (Include Area Code)

Employed  Full-Time Student  Part-Time Student

ZIP CODE    TELEPHONE (INCLUDE AREA CODE)

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**
NONE

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)**
YES  [X] NO

**a. INSURED'S DATE OF BIRTH** MM DD YY  73  SEX M [X]

**b. OTHER INSURED'S DATE OF BIRTH** MM YY  SEX M F

**b. AUTO ACCIDENT?**  PLACE (State)
YES  [X] NO

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES  [X] NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
TALLAPOOSA CITY JAIL

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES  NO  If yes, return to and complete item 9 and.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE
SIGNED _____  DATE 04/26/05

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE
SIGNED

**14. DATE OF CURRENT:** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**
GREG GILBERT M D

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**
E96393

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**  $ CHARGES
YES  NO  .00

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. 787.01
2.
3.
4.

**22. MEDICAID RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 11 05  04/11/05 | 2 | 01 | 99202 | | 1 | 61.00 | 1 | | N | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**25. FEDERAL TAX I.D. NUMBER**  SSN EIN
630909778  [X]

**26. PATIENT'S ACCOUNT NO.**
86466-0504075W

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
[X] YES  NO

**28. TOTAL CHARGE**
$ 61.00

**29. AMOUNT PAID**
$ .00

**30. BALANCE DUE**
$ 61.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED GREG GILBERT MD  04/26/05

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)**
LAKESHORE HOSPITAL
DADEVILLE AL 36853

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
GREG GILBERT MD
P O BOX 2527
OPELIKA AL 36803-2527
PIN# 15346

**Exhibit Y**
**Inmate Medical File, Records from East Alabama**
**Medical Center**
**dated April 15, 2005, Outpatient Physician Orders**

*Patient: Please bring these orders with you when you have your exam.*



## OUTPATIENT PHYSICIAN ORDERS - RADIOLOG

fax 705

Patient Name: Caldwell Dantal

Ordering Physician Signature: _____

Ordering Physician Printed Name: Dr. Greg Culbert

Cc Reports to: Dr. Culbert

Locati___
Pr___
☐ E___
☐ M___
☐ A___

Physician: It is critical to list all of the appropriate diagnoses for each ordered exam/procedure in the appropriate sections. A narrative diagnosis is best. Do not use "rule out", "suspect", or "possible".

### Radiology 705-1156  *Please indicate to the left of the test the corresponding diagnosis number(s).*

Diagnosis (1) ABD Pain           (2) _____
          (3) _____    (4) _____

Patient Allergies: (1) _____ (2) _____ (3) _____

Appt. Date / Time: 4-15-05  11:00 AM           (Please arrive 30 minutes prior to your

---

**Radiology**
___ Abd Series
___ Chest Xray
___ Extremity: _____
___ IVP
___ K.U.B.
___ Spine:
  C _____ T _____ L _____
___ Other: _____

**Fluoroscopy**
___ Barium Enema
✓ Barium Swallow
___ Small Bowel
✓ Upper GI
___ VCU
Urine Culture:
☐ Yes ☐ No
___ Other: _____

**Mammogram**
___ Screening Mammo
*(For Screening, diagnosis must indicate screening for family hx.)*
___ Diagnostic Mammo
  R _____ L _____
___ Both _____
*(For Diagnostic, diagnosis must indicate signs or symptoms.)*
(Additional Views or Ultrasound if indicated)
___ Six months follow-up

**Nuclear Med**
___ Bone Sc___
___ Gastric E___
___ Hepatob___
___ Lung Sc___
___ Renal Im___
___ Thyroid L___
___ Thyr___
___ Other: _____

---

**Ultrasound**
___ Abdomen
___ Abdomen and Renal
___ Aortic
___ Breast
  R _____ L _____ Both _____
___ Gallbladder
___ OB
___ Pelvic
___ Renal
___ Limited (i.e., Apendix, or Hernia)

**Vascular Lab**
___ Carotid and Vertebrals
___ Lower Extremity Arterial Study
___ Venous Doppler Study Extremity
  RT ___ LT ___ Both _____
___ Other: _____

**MRI**
___ IV contrast ☐ Yes ☐ No
___ MRA Carotids - neck
___ MRA Circle of Willis - head
___ MRA Other _____
- - - - - - - - - - - - - - - - - -
___ MRI Abdomen
___ MRI Brain
___ MRI Brain w/IAC's
___ MRI Brain w/orbits
___ MRI Extremity: _____

**MR (cont'**
___ MRI w/Sa___
  shoulder
___ MRI Spine___
  T _____
___ MRI
Other: _____

---

**Special Procedures Room:**
___ Arteriogram
___ Arthrogram
___ Fistulagram
  ___ Angioplasty if indicated
___ Myelogram
  Cervical _____
  Thoracic _____
  Lumbar _____
___ Spinal Fluid Analysis
  Yes _____ No _____
___ Saline Injection (shoulder)
___ Venogram
___ Other: _____

**CT Scan**
___ IV Contrast ☐ Yes ☐ No
___ Abdomen/pelvic CT
___ Biopsy
___ Brain CT
___ Chest CT
___ Extremity CT
___ Facial/Sinus CT
___ Neck CT
___ Pelvis CT
___ Spine CT
  C _____ T _____ L _____
___ Temporal bones
___ Other: _____

**Patient Prep Instructions:**

NPO after midn

**Tech Special Instructions:**

_____

☐ If patient has additional ord___
  lab or other tests, please ch___

---

FORAD (10/99)



**Patient: Please bring t...**

05104-00121        66   8
CALDWELL,DUNTAY T
LOC:XR    DOB:03/07/73    M32Y
GILBERT,GREG
Adm:04/15/05                36853

**have your exam/procedur...**

## OUTPATIENT

## RADIOLOGY

fax 705-326_

---

Patient Name: Caldwell Duntay

Ordering Physician Signature:

Ordering Physician Printed Name: Dr. Greg Gilbert

Cc Reports to: Dr. Gilbert

Location of Exam
Procedure
☒ EAMC
☐ MAD
☐ ADI

Physician: It is critical to detail of the appropriate diagnoses for each ordered exam/procedure in the appropriate sections. A narrative diagnosis is best. Do not use "rule out", "suspect", or "possible".

Radiology 705-1156  Please indicate to the left of the test the corresponding diagnosis number(s).

Diagnosis  (1) ABD Pain                              (2) _____

(3) _____              (4) _____

Patient Allergies:  (1) _____  (2) _____  (3) _____

Appl. Date / Time: 4-15-05    11:00 AM        (Please arrive 30 minutes prior to your appt. time)

---

**Radiology**
___ Abd Series
___ Chest Xray
___ Extremity:
___ IVP
___ K.U.B.
___ Spine:
C ___ T ___ L ___
___ Other: _____

**Fluoroscopy**
___ Barium Enema
___ Barium Swallow
___ Small Bowel
___ Upper GI
___ VCU
Urine Culture:
☐ Yes  ☐ No
___ Other: _____

**Mammogram**
___ Screening Mammo
(For Screening, diagnosis must indicate screening for family hx.)
___ Diagnostic Mammo
R ___ L ___
___ Both ___
(For Diagnostic, diagnosis must indicate signs or symptoms.)
(Additional Views or Ultrasound if indicated)
___ Six months follow-up

**Nuclear Medicine**
___ Bone Scan
___ Gastric Emptying Stud
___ Hepatobiliary Scan
___ Lung Scan
___ Renal Imaging
___ Thyroid Uptake & Scan
___ Thyroid Therapy

___ Other: _____

---

**Ultrasound**
___ Abdomen
___ Abdomen and Renal
___ Aortic
___ Breast
R ___ L ___ Both ___
___ Gallbladder
___ OB
___ Pelvic
___ Renal
___ Limited (i.e., Apendix, or Hernia)

**Vascular Lab**
___ Carotid and Vertebrals
___ Lower Extremity Arterial Study
___ Venous Doppler Study Extremity
RT ___ LT ___ Both ___

___ Other: _____

**MRI**
___ IV contrast ☐ Yes  ☐ No
___ MRA Carotids - neck
___ MRA Circle of Willis - head
___ MRA Other _____
___ MRI Abdomen
___ MRI Brain
___ MRI Brain w/IAC's
___ MRI Brain w/orbits
___ MRI Extremity:

**MRI (cont'd)**
___ MRI w/Saline Injection shoulder
___ MRI Spine: C ___
T ___ L ___
___ MRI: _____
___ Other: _____

---

**Special Procedures Room:**
___ Arteriogram
___ Arthrogram
___ Fistulagram
___ Angioplasty if Indicated
___ Myelogram
___ Cervical _____
___ Thoracic _____
___ Lumbar _____
___ Spinal Fluid Analysis
Yes ___ No ___
___ Saline Injection (shoulder)
___ Venogram
___ Other: _____

**CT Scan**
___ IV Contrast ☐ Yes  ☐ No
___ Abdomen/pelvic CT
___ Biopsy
___ Brain CT
___ Chest CT
___ Extremity CT
___ Facial/Sinus CT
___ Neck CT
___ Pelvic CT
___ Spine CT
C ___ T ___ L ___
___ Temporal bones
___ Other: _____

**Patient Prep Instructions:**
NPO after midnite

**Tech Special Instructions:**
_____
_____
_____

☐ If patient has additional orders for lab or other tests, please check har...

OPORAD (10/99)

NAME:  CALDWELL,DUNTAY T
ACCT:  05104-00121
HIM:   669128

# East Alabama Medical Center

## Authorization for Medical, Emergency, and Diagnostic Treatments

(1)  I wish to be admitted or receive treatment at East Alabama Medical Center (EAMC) or an associated facility of EAMC. While I am at EAMC, I permit my doctor, EAMC and its employees, and all other persons caring for me to treat me in ways they judge are beneficial to me.  I understand that treatment in the Emergency Department will be provided by a physician and/or nurse practitioner based upon the level of severity of my illness/injury.    I understand that this care may include examinations, tests, medical and surgical treatment.  No guarantees have been made to me about the outcome of this care. (2) EAMC serves as a training center for students in a variety of different health care professions.  Students will sometimes be allowed to observe procedures which would benefit their educational experience.  I do not object to students observing my care, treatment or procedures performed upon me. (3) I understand that medical equipment/supply company representatives will sometimes be present during a procedure to instruct medical personnel on new equipment or supplies. I do not object to these representatives being present during my care, treatment, or procedures performed upon me.  (4) I understand that photographs or films may be taken during the course of my treatment to be made a part of my medical record. I do not object to the taking of these photographs or films. (5)  I understand that all the physicians involved in my care are independent contractors and not agents, servants or employees of the hospital.

## Release of Medical Information

I, the undersigned as the patient or his/her authorized representative, authorize EAMC and any other professionals who provided care, treatment or services to release to my insurance company(ies) or their authorized representative or other appropriate agency(ies) that information which is necessary to validate this claim for payment purposes. This includes my employer if workers' compensation is claimed.  EAMC is also authorized to release to my physician(s), or the persons authorized to bill for them, such information as necessary for billing purposes, including, without limitation, all records and information pertaining to my medical treatment (including that for drug & alcohol abuse), laboratory & other diagnostic tests results, x-rays, therapy, diagnoses and prognosis.  In the event that I am transferred to another healthcare facility, I authorize EAMC to make a copy of my medical records for the receiving healthcare facility.

## Release of Responsibility for Loss of Valuables

I understand that EAMC will not be responsible for valuables, including jewelry, watches, money, etc., not specifically placed in the care of EAMC through proper procedures.  I also understand that EAMC cannot be responsible for personal items such as clothing, glasses, dentures, etc., inadvertently damaged or misplaced during my course of treatment.  I accept full responsibility for those valuables or personal items which I choose to keep in my possession.

## Medicare and/or Medicaid Patient's Certification

I certify that the information given by me in applying for payment under Title XVIII or Title XIX of the Social Security Act is correct.  I authorize any holder of medical or other information about me to release such information to the Social Security Administration of the State of Alabama or any of their intermediaries or carriers for this or a related Medicare or Medicaid claim. I request that payment of authorized benefits be made to EAMC, EAPS, Alabama Imaging, Emergency Transport Systems, ED Physicians, Anesthesia Associates of East Alabama and/or other physicians involved in my care on my behalf. **Alabama Imaging Patients:** I understand that Medicare will not pay for routine chest x-rays or screening mammograms that are done within 11 months following the month in which a previous screening mammogram was done and that I will be responsible for payment of these services.  I understand that I am responsible for any health care deductibles and 20% of the reasonable charges for out-patient services. I realize that I am financially responsible for all services performed by Alabama Imaging, P.C. whether or not insurance is involved.

Patient's Signature: _Duntay Caldwell_ _____  Date: _4/15/05_
or their Authorized Representative:  Relationship _____  Witness _____
If the patient or their authorized representative is unable to sign, state the reason why here _____

## Assignment of Insurance and Financial Responsibility

I authorize payment of all insurance benefits, basic and major medical, for this period of medical, emergency and/or diagnostic treatments, to be made directly to EAMC, EAPS, Alabama Imaging, Emergency Transport Systems, ED Physicians and/or Anesthesia Associates of East Alabama.  I understand that I am financially responsible for all charges not covered by insurance payments, including private-room differentials, and that all efforts for collection of the benefits are for my convenience and do not represent a guarantee for collection or a credit to my account until such time as payment is received by EAMC, EAPS, Alabama Imaging, Emergency Transport Systems, ED Physicians and/or Anesthesia Associates of East Alabama. I also assign the benefits payable for physicians' services to the physician(s) furnishing the services, or authorize such physician or physician group to submit a claim to my insurance company(ies), Medicare and/or Medicaid.  I will be responsible for any collection fees, court costs and/or attorney fees incurred by EAMC or any physician participating in my care while collecting on my account(s).  Photocopies of this authorization are as valid as the original.

Patient's Signature: _Duntay Caldwell_ _____  Date: _4/15/05_
or their Authorized Representative:  Relationship _____  Witness _____
If the patient or their authorized representative is unable to sign, state the reason why here _____

| Patient Rights and Responsibilities I have received a copy of and understand my rights and responsibilities as a patient of EAMC | Patient's Initials: D.C. |
|---|---|

SCAN-CONSENT

# East Alabama Medical Center
## 2000 Pepperell Parkway
### Opelika, AL 36801

| PATIENT NAME | ACCOUNT NUMBER | ADMIT DATE | DISCHARGE DATE | PAGE |
|---|---|---|---|---|
| DUNTAY T CALDWELL | 05104-00121 | 04/15/05 | 04/15/05 | 1 |

DUNTAY T CALDWELL
316 INDUSTRIAL PARK DRIVE
DADEVILLE AL      36853

| Service Date | Charge Description | | Qty | Price |
|---|---|---|---|---|
| 04/15/05 | 81945 | DX UGI WITHOUT KUB | 1 | 240.00 |
| 04/15/05 | 82007 | DX BARIUM SWALLOW | 1 | 240.00 |
| | | TOTAL DX X-Ray | | 480.00 |
| | | | | |
| 04/15/05 | 21022 | CUP EZ HD | 1 | 8.32 |
| 04/15/05 | 21402 | CUP, E-Z PAQUE (STRAWBERRY) | 1 | 9.00 |
| | | TOTAL Med/Surg Supply Radiology | | 17.32 |
| | | | | |
| | | TOTAL CHARGES | | 497.32 |
| | | | | |
| | | TOTAL PAYMENTS/ADJUSTMENTS | | 0.00 |

APPROVED OMB NO. 0938-0279

AL MEDICAL CENTER
55379 DEPT 101
BIRMINGHAM AL 35255-5379
347493411

3 PATIENT CONTROL NO.
0510400121                    131

5 FED TAX NO. 0000    6 STATEMENT COVERS PERIOD    7 COV D.    8 N-C D.    9 C-I D.    10 L-R D.    11
636000526    041505 041505

PATIENT NAME    13 PATIENT ADDRESS
ALDWELL DUNTAY T    316 INDUSTRIAL PARK DRIVE DADEVILLE AL 36853

BIRTHDATE    16 SEX 16 MS    17 DATE    ADMISSION    18 HR    19 TYPE 1 20 SRC    21 D-H/PROD STAT/23 MEDICAL RECORD NO.    24    CONDITION CODES    31
73 M  U  041505  10  3  1  23 01 0000669128

OCCURRENCE DATE    34    OCCURRENCE DATE    36 CODE    OCCURRENCE SPAN    A
1 041405    FROM    THROUGH    B
C

ALDWELL, DUNTAY T    39 CODE    VALUE CODES AMOUNT    41 CODE    VALUE CODES AMOUNT
16 INDUSTRIAL PARK DRIVE    a
b
DADEVILLE AL 36853    c
d

| REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 320 | CONTRAST XRAY EXAM, ESOP | 74220 | 041505 | 1 | 240 00 | | |
| 320 | X-RAY EXAM UPPER GI TRA | 74240 | 041505 | 1 | 240 00 | | |
| 621 | MED-SUR SUPP/INCDNT RAD | | 041505 | 2 | 17 32 | | |

*Booking # 05-060356*
*NID # 20539*
*Contact # 484396*
*Initial CP*
*Date 5-18-05*

001 TOTAL CHARGES    497 32

PAYER    51 PROVIDER NO.    54 PRIOR PAYMENTS    55 EST. AMOUNT DUE    56
TALLAPOOSA CO JAIL    636000526    Y Y    497 32

DUE FROM PATIENT

INSURED'S NAME    59 P-REL 60 CERT - SSN - HIC - ID NO.    61 GROUP NAME    62 INSURANCE GROUP NO.
ALDWELL DUNTAY T    18    INMATE

TREATMENT AUTHORIZATION CODES    ESC 65 EMPLOYER NAME    66 EMPLOYER LOCATION
3 NOT EMPLOYEDUNK

OTHER DIAG. CODES    74 CODE    78 ADM. DIAG. CD. 77 E-CODE    78
6900    78900

PRINCIPAL PROCEDURE    OTHER PROCEDURE    82 ATTENDING PHYS. ID
CODE DATE    E96393 GILBERT GREG
OTHER PROCEDURE    OTHER PROCEDURE    83 OTHER PHYS. ID

OTHER PHYE. ID

REMARKS    85 PROVIDER REPRESENTATIVE    86 DATE
TALLAPOOSA CO JAIL
16 INDUSTRIAL PARK DR

PRIMARY
PLEASE
DO NOT
STAPLE
IN THIS
AREA

TALLAPOOSA CO JAIL
316 INDUSTRIAL PARK DR
DADEVILLE AL 36853

477846

Book # 0500035

NID # 20539

5-30-05 CJ

TALLAPOOSA CO JAIL

**HEALTH INSURANCE CLAIM FORM**

1a. INSURED'S I.D. NUMBER

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
CALDWELL DUNTAY T

3. PATIENT'S BIRTH DATE    SEX
1973 X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
316 INDUSTRIAL PARK DR

6. PATIENT RELATIONSHIP TO INSURED
Self X

7. INSURED'S ADDRESS (No., Street)
SAME

CITY
DADEVILLE    STATE AL

8. PATIENT STATUS

CITY    STATE

ZIP CODE
36353    TELEPHONE (Include Area Code)
( 256 ) 825 1064

ZIP CODE    TELEPHONE (Include Area Code)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
NONE

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES    X NO

a. INSURED'S DATE OF BIRTH
MM DD YY    1973    SEX
M X

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY    SEX
M    F

b. AUTO ACCIDENT?    PLACE (State)
YES    X NO

b. EMPLOYER'S NAME OR SCHOOL NAME
NOT EMPLOYED

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES    X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
TALLAPOOSA CO JAIL

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES    X NO

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE    DATE  04 21 2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:
MM DD YY    ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM DD YY    TO  MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
GILBERT GREG M D

17a. I.D. NUMBER OF REFERRING PHYSICIAN
E96393

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM    TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES    X NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 789 00
3.

22. MEDICAID RESUBMISSION
CODE    ORIGINAL REF. NO.

2.    4.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATES OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 15 2005 | 04 15 2005 | 22 | 04 | 74240 | 26 | 1 | 93 00 | 1 | | | | 00008351 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN
631041306    X

26. PATIENT'S ACCOUNT NO.
00066912301

27. ACCEPT ASSIGNMENT?
X

28. TOTAL CHARGE
93 00

29. AMOUNT PAID

30. BALANCE DUE
93 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
ROBERT MADORE M D    04 21 2005

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED
EAST ALA MED CNT O P
2000 PEPPERELL PARKWAY
OPELIKA AL 36801

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ALABAMA IMAGING PC
122 N 20TH ST BLDG 22
OPELIKA AL 36801 5457
PIN# 000083516

04/21/2005  13:15    334-705-3423                 INTERNAL MEDICINE                        PAGE  02/02

**East Alabama Medical Center**                              **CALDWELL, DUNTAY T**
2000 Pepperell Parkway          DOB:            1973       Age: 32 years    Sex:Male
Opelika, Alabama 36801          Admit Date:   4/15/2005    Discharge Date: 4/15/2005
Phone: [334] 705-1155           Acct #:       0510400121
                                MRN:          0000669128
Admitting Physician: Gilbert, Greg    Patient Type: OUT
Attending Physician: Gilbert, Greg    Location:   XR(EAMC)

## Diagnostic Radiology

| Accession Number | Exam | Exam Date/Time | Ordering Dr. |
|---|---|---|---|
| XR-05-0002004 | XR Swallow Barium [1] | 4/15/2005 12:05:00 PM | Gilbert, Greg |
| XR-05-0002003 | XR GI Upper [2] | 4/15/2005 12:05:00 PM | Gilbert, Greg |

Reason for Exam
1.  ABD PAIN
2.  ABD PAIN

Report
CALDWELL, DUNTAY T

BARIUM SWALLOW & UPPER GI SERIES 04/15/05:

The exams were done using gas forming crystals and thick and thin barium.

The patient swallowed with no difficulty.  On rapid sequence AP and lateral fluoroscopic spot films of the cervical esophagus, no abnormality is seen.  Thoracic esophagus appeared normal at fluoroscopy and on overhead and spot films.  No hiatal hernia was demonstrated and no esophageal reflux was seen during the exam.  A half inch barium tablet passed rapidly through the esophagus into the stomach.  The stomach filled and distended normally and emptied promptly.  Duodenal bulb and C-loop appear normal.

OPINION:  NO ABNORMALITY IDENTIFIED ON BARIUM SWALLOW AND UPPER GI SERIES.

*** Final Report ***
Dictating Radiologist:   Mardre, Robert B
Signed Date and Time:    04/16/2005 08:50
Transcribed by:          JCK
Transcribed Date and Time: 04/15/2005 18:32

## Canceled Orders

| Drawn Date | Drawn Time | Order Name | Mnemonic | Cancel Reason |
|---|---|---|---|---|
| 4/15/2005 | 11:30:00 AM | XR Swallow Barium | XR Swallow Barium | Error |

ELECTRONICALLY SIGNED

Chart Request id:   705812                              **CALDWELL, DUNTAY T**
Print Date/Time:    4/16/2005  9:34 PM        Acct #:    0510400121
Page 1 of 1                                   MRN:       0000669128
                              RADIOLOGY REPORT

**Exhibit Z**
**Fax Cover Sheet dated April 21, 2005**

04/21/2005  13:15     334-705-3423          INTERNAL MEDICINE                    PAGE  01/02



**IMA**

INTERNAL
MEDICINE
ASSOCIATES, P.C.
PROFESSIONAL CORPORATION

INTERNAL MEDICINE
James P. Himmelwright, M.D.
J. Richard Henning, M.D.
Robert C. Patton, M.D.
James W. Mathews, Jr., M.D.
Jeanne Smith T, M.D.
Jonathan C. Comouzant, M.D.
Michael T. Gurnee, M.D.
Deborah R. Byron, M.D.
J. Kevin Royal, M.D.
Steven E. Jones, M.D.
Sylvan Anderson, R.N., N.P., Cert Dia Ed

INFECTIOUS DISEASE
Allen H. Graves, M.D.

GASTROENTEROLOGY
W. Park McGehee, M.D.
Greg Gilbert, M.D.

MEDICAL ONCOLOGY
Keith B.K. Graves, M.D.
Lynne L. Farmer, M.D.

PULMONARY DISEASE
Steven E. Dekich, M.D.
Robert H. Wolltop, Jr., M.D.
Vinod Sharma, M.D.

BEHAVIORAL MEDICINE
John Gunn, Ph.D.

MEDICAL ARTS CENTER
EAST ALABAMA

NORTH 20TH STREET
BUILDING NO. 6
OPELIKA, AL 36801-5454
PH (334) 749-3385
(334) 742-9243

## FAX Transmittal Sheet

**Date:** APR 2 1 2005

**To:** Kathy Dubose

**From:** Dr. Gilbert

**Numbers of Pages faxed (excluding cover sheet):** 1

**Patient Name:** Dentay Caldwell

**Message:**

The documents accompanying this telecopy transmission contain confidential information, belonging to the sender, that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, please do not read the pages accompanying this cover page. You are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

**DR. GILBERT'S FAX #: (334) 705-3423**

**IMA OPERATOR #: (334) 749-3385**