**Exhibit AA**
**Remainder of Plaintiff's Inmate File and Inmate**
**Medical File not previously identified as separate**
**exhibits**

# TALLAPOOSA COUNTY JAIL
## INMATE REQUEST FORM
### (ONLY ONE REQUEST PER FORM)

NAME: _Deunty Caldwell_     ID# _26339_   CELL# _C-1_   DATE: _Dec 30, 2004_

BRIEFLY OUTLINE YOUR REQUEST:

Lt Moss I need to see you please face to face I need to speak to you it is very important Lt Moss that I speak with you right away, I was try today but you had to much to take care of please. Thank you

_Deunty Caldwell_
(INMATES SIGNATURE)

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY

spoke with Inmate

_12-30-04_
(DATE)

_Lt. Moss_
(OFFICERS SIGNATURE)

TCJ Form -04

# TALLAPOOSA COUNTY JAIL
## INMATE REQUEST FORM
### (ONLY ONE REQUEST PER FORM)

NAME: _Sunday Caldwell_ ID# _____ CELL# _B-5_ DATE: _3/4/05_

------------------------------------------------

BRIEFLY OUTLINE YOUR REQUEST:

Lt. Moss I need to speak with you
please. A special visit Willie Mims.
Thankyou!

_____
(INMATES SIGNATURE)

------------------------------------------------
DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY

(Approved) at your visitation time   only a
one time. Willie Mims.

_3-11-05_
(DATE)

_Lt. Moss_
(OFFICERS SIGNATURE)

TCJ Form -04

# TALLAPOOSA COUNTY JAIL
## INMATE REQUEST FORM
### (ONLY ONE REQUEST PER FORM)

NAME: _Christe Caldwell_ ID# _____ CELL# _C-1_ DATE: _3/23/05_

BRIEFLY OUTLINE YOUR REQUEST:

_I was wondering if i could go_
_to the library_

_Christee Caldwell_
(INMATES SIGNATURE)

DO NOT WRITE BELOW THIS LINE — FOR REPLY ONLY

_Went on 3-28-05_

_3-28-2005_
(DATE)

_Strong_
(OFFICERS SIGNATURE)

TCJ Form -04

## TALLAPOOSA COUNTY JAIL
### INMATE REQUEST FORM
(ONLY ONE REQUEST PER FORM)

NAME: Dontay Caldwell ID# 26557, CELL# C-1 DATE: 4/21/05

BRIEFLY OUTLINE YOUR REQUEST:

Lt. Moss Is there anyway that I can speak with you if it is no kind of problems Thank you

_Dontay Caldwell_
(INMATES SIGNATURE)

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY

Spoke with inmate and he said he needed to speak with you about a phone call he asked you to make for him last week.

4-22-05
(DATE)

_Arell_
(OFFICERS SIGNATURE)

TCJ Form -04

# TALLAPOOSA COUNTY JAIL
## INMATE REQUEST FORM
### (ONLY ONE REQUEST PER FORM)

NAME: _Duntejcaldwell_ ID# _20534_ CELL# _B-5_ DATE: _3/3/05_

------------------------------------------------

BRIEFLY OUTLINE YOUR REQUEST:

_Lt. Moss. Im asking for a special_
_visit for Dntintay Jativis Caldwell_

_Duntay Caldwell_
(INMATES SIGNATURE)

------------------------------------------------

DO NOT WRITE BELOW THIS LINE -- FOR REPLY ONLY

_Was to be your visitation time only_
_Approved_

_3-3-05_                          _Lt Moss_
(DATE)                    (OFFICERS SIGNATURE)

TCJ Form -04



# TALLAPOOSA COUNTY JAIL

## IN-PROCESSING CHECK LIST

*LOC 137*

Inmates Name: *CALDWELL, DUNTAY*    Name ID: *20539*    Date In: *2/28/05*

Booking Number: *05-00356*    Time In: *2002*    Shift: *B-2*

✓ 1. Medical screening completed. Notify nurse of any major problems.

✓ 2. Property Issued. (Explain to inmate about the responsibility of property.)

N/A 3. Finger printing. Livescan.

✓ 4. Photos.

✓ 5. Arrest report, IO reports, Arrest Authentication sheet in file.

✓ 6. Bond Set, Purge amount set, and inmate has been informed. Comments:_____

_____

✓ 7. All copies of reports made and copies and originals in appropriate location.

✓ 8. All property and valuables have been secured in appropriate location.

✓ 9. Any cash inmate request to be transferred to commissary account has been accounted for and

placed in appropriate location.

✓ 10. NCIC Check completed:

✓ No wants or warrants *PROB    codant sent of*

_____ Wanted for:_____

by: *0 RFF*

_____    *2/28/05 - 2023*
Booking Officer's Signature        Date/Time Booking Completed

_____
Supervisor Reviewed

*Supervisor must review all bookings prior to filing record.

**CORRECTIONS**

```
02/28/2005              Tallapoosa County Sheriff's Department                    290
20:20                                                                    Page:    1
                  Receipt for Property and Personal Use Items Issued

       Receipt Number:    10901                     Date: 02/28/2005
       Booking Number:  05-000356
Property issued to: DUNTAY TRELLIS CALDWELL (      20539

I, DUNTAY TRELLIS CALDWELL, certify that on the above date and time, the
following property and personal use items were issued to me by
HOWARD

    ITEM             DESCRIPTION                SIZE    QUANTITY     CONDITION
------------    ----------------------------  -------  ----------  --------------
BLANKET         COTTON WHITE                                1
PROPERTY BOX    CLEAR PLASTIC / BLUE TOP                    1
SOAP            SOAP                                        1
PILLOW          FOAM                                        1
MATTRESS        GREEN,BLUE PLASTIC/FOAM                     1
TOWELL          TOWELL WHITE COTTON                         1
SANDLES         PVC BROWN OR TAN                            2
RULE BOOK       WHITE PAPER                                 1
WASH CLOTH      SMALL WASH CLOTH COTTON                     1
MATTRESS COVER6                                             1
LAUNDRY BAG     NET NYLON                                   1
SHEETS          WHITE COTTON SHEETS                         2
SHIRTS          WHITE COTTON UNISEX                         3
PANTS           WHITE COTTON TROUSERS UNISEX                3
CUP             PLASTIC                                     1
TOOTHPASTE      FRESH MINT                                  1
TOOTHBRUSH      SMALL HANDLE                                1
PEN             INK PEN BLACK INK,RUBBER CASE               1
PILLOW CASE     WHITE COTTON                                1
```

Property received by:                    Property issued by:

X _____                _____

DUNTAY TRELLIS CALDWELL                   HOWARD

```
02/28/2005          Tallapoosa County Sheriff's Department                    290
9:1A                                                              Page:        1
                     Receipt for Personal Property Stored

        Receipt Number:       69457                Date: 02/28/2005
        Booking Number: 05-000356
Property Stored for: DUNTAY TRELLIS CALDWELL (     20539)

I, DUNTAY TRELLIS CALDWELL, certify that on the above date and time, the
following personal property was accepted into storage:


    ITEM              DESCRIPTION                  CASH?   QUANTITY   LOCATN
---------     ----------------------------        -----   --------   ------
SHIRT         BLUE                                   N           1   LO132
BELT          BLACK IN COLOR                         N           1   LO132
PANTS         BLUE IN COLOR                          N           1   LO132
SHOES         BLACK                                  N           2   LO132
UNDERWEAR     BLUE PLAID                             N           1   LO132
```

Property received by:                      Property stored for:


HOWARD                                     DUNTAY TRELLIS CALDWELL



# TALLAPOOSA COUNTY JAIL

## OUT-PROCESSING CHECK LIST

Inmates Name: CALDWELL, DUNJAY  Name ID: 20539  Date Out: 2-24-05

Booking Number: 04-002065  Time Out: 1600  Shift: A-1

1. Manner in which inmate is being released has been confirmed.

2. NCIC Check completed:

_____ No wants or warrants

_____ Wanted for: TALLAPOOSA _____

by: _____

3. Inmate returned all issued property, spillman updated.

4. Inmate received and signed for all his/her property, spillman updated.

5. Bond completed and copies/originals in appropriate location.

6. Copy of bond/receipt/order has been placed in inmates record.

7. Cash Account: Inmate received commissary funds upon release: Yes/No

_____ If no explain: _____

8. Ensure all data has been updated in spillman, bonds, holds, property, etc.

_____        2-24-05 / 1600

Booking Officer's Signature        Date/Time Release Completed

_____

Supervisor Reviewed*

*Supervisor must review all releases prior to filing record.

**CORRECTIONS**

```
CBR716-5                    INMATE SUMMARY AS OF 04/21/2005            CODE: CRSUM

********************************************************************************

AIS: 001762615   INMATE: CALDWELL, DUNTAY                   RACE: B   SEX: M

INST: 262 - TALLAPOOSA                       DORM: 00   JAIL CR: 000Y 05M 100

DOB: ████ 1973  SSN: ██████████

ALIAS: CALDWELL, "D-NICE",              ALIAS: CALDWELL, D TRELLIS

ALIAS: CALDWELL, DANTE'                 ALIAS: CALDWELL, DUNTAY T

ALIAS: CALDWELL, DUNTAY TRE

ADM DT: 02/28/2005 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/REV OF PR     STAT: SPLIT SENTENCE - REVOKED

CURRENT CUST: OTW-9   CURRENT CUST DT: 02/28/2005  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS IV        CURRENT CLASS DATE:  04/05/2005
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY       SENT DT  CASE NO  CRIME                      JL-CR      TERM
COOSA        02/28/05 N00000074 THEFT OF PROPERTY I        1150D 015Y 00M 00D CS
             COURT COSTS  : $0000372    FINES : $0000000   RESTITUTION : $0001961
COOSA        02/28/05 N00000076 BURGLARY III               1150D 015Y 00M 00D CC
             COURT COSTS  : $0000372    FINES : $0000000   RESTITUTION : $0001291
COOSA        02/28/05 N00000078 BURGLARY III               1150D 015Y 00M 00D CC
             COURT COSTS  : $0000062    FINES : $0000000   RESTITUTION : $0000458
TALLAPOOSA   04/05/05 N00000102 BURGLARY III               0274D 020Y 00M 00D CC
             ATTORNEY FEES : $000755    HABITUAL OFFENDER : Y
             COURT COSTS  : $0000479    FINES : $0000000   RESTITUTION : $0003187
TALLAPOOSA   04/05/05 N00000216 BURGLARY III               0160D 020Y 00M 00D CC
             ATTORNEY FEES : $000000    HABITUAL OFFENDER : Y
             COURT COSTS  : $0000447    FINES : $0000000   RESTITUTION : $0002639
TALLAPOOSA   04/05/05 N00000217 BURGLARY III               0162D 020Y 00M 00D CC
             ATTORNEY FEES : $000000    HABITUAL OFFENDER : Y
             COURT COSTS  : $0000367    FINES : $0000000   RESTITUTION : $0000166

 TOTAL TERM       MIN REL DT      GOOD TIME BAL     GOOD TIME REV     LONG DATE
 020Y 00M 00D     10/24/2024      000Y 00M 00D      000Y 00M 00D      10/24/2024

INMATE LITERAL: ALEX CITY
********************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
********************************************************************************

ESCAPEE-PAROLE SUMMARY


                        CONTINUED ON NEXT PAGE
```

****************************    CONTINUATION   ************************************

AIS: 001762613   INMATE: CALDWELL, DUNTAY              RACE: B   SEX: M

*********************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE DBSCIS RECORDING B
*********************************************************************************

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

 

# IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY
## AT ALEXANDER CITY, ALABAMA

STATE OF ALABAMA,                     )
    Plaintiff,                            )
                                          )
vs.                                   )     Case No. CC-00-102, 216, 217
                                          )
DUNTAY TRELLIS CALDWELL,              )
    Defendant.                            )

## O R D E R

The Court is informed that the above named defendant has now been taken into custody pursuant to previous Court Order.

IT IS ORDERED that the defendant be held in custody, without bond, pending a probation revocation hearing, which shall be scheduled before this Court on **February 16, 2005, at 9:00 a.m.** The Defendant shall be brought before the Court at that time.

The Clerk of the Court is to mail a copy of this Order to the Office of the District Attorney, counsel for the Defendant and the Tallapoosa County Sheriff's Office and Jail Administrator. A copy of this Order is to be served personally upon the defendant.

SIGNED this 20th day of December, 2004.

                                TOM F. YOUNG, JR.
                                Circuit Judge

```
12-21-04
DA
TCSO & Jail Administrator
Probation & Parole Office
Duntay Trellis Caldwell (for service)
```

DEC 2004
RECEIVED
FRANK LUCAS
CIRCUIT CLERK



# TALLAPOOSA COUNTY JAIL
# COURT ACTION/ARREST
# AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without an arrest report.  Correctional Officers shall complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.

DATE: 2-28-05

NAME OF PRISONER: CALDWELL, OUNTAY    NID#: 20539

JUDGE: _____ CASE #: (IF KNOWN) _____

CHARGE(S): _____

COURT ACTION/REMARKS: CHECK ALL THAT APPLY

_____ 1. BOUND TO GRAND JURY

_____ 2. BOND REMAINS THE SAME

_____ 3. BOND SET AT: _____

_____ 4. PURGE AMOUNT SET AT: _____

_____ 5. RELEASED TIME SERVED BY ORDER OF JUDGE

_____ 6. RELEASED ON PROBATION BY ORDER OF JUDGE

_____ 7. CASE CONTINUED; DATE: _____

_____ 8. INMATE SENTENCED TO: _____

_____ 9. APPOINTED ATTORNEY: _____

_____ 10. COURT ORDERED HOLDS FOR: _____

ADDITIONAL REMARKS:

_arrested on previous charges and was_
_sentenced to 12 yrs in Coosa County_

CHOWARD                                    MOORE

BOOKING OFFICER                    OFFICER COMPLETING FORM



# TALLAPOOSA COUNTY JAIL
# COURT ACTION/ARREST
# AUTHENTICATION

*This form is to be completed by the transporting officer anytime an inmate makes a cour*
*appearance or placed in jail without an arrest report. Correctional Officers shall complete*
*when information is given via telephone, mail or other means concerning sentencing, bonds*
*or other court actions.*

DATE: 2-16-05

NAME OF PRISONER: Caldwell, Duntay          NID#: 20539

JUDGE: Tom Young          CASE #: (IF KNOWN) _____

CHARGE(S): Prob Rev

COURT ACTION/REMARKS: CHECK ALL THAT APPLY

_____ 1. BOUND TO GRAND JURY

_____ 2. BOND REMAINS THE SAME

_____ 3. BOND SET AT: _____

_____ 4. PURGE AMOUNT SET AT: _____

_____ 5. RELEASED TIME SERVED BY ORDER OF JUDGE

_____ 6. RELEASED ON PROBATION BY ORDER OF JUDGE

__X__ 7. CASE CONTINUED; DATE: 4/5/05

_____ 8. INMATE SENTENCED TO: _____

_____ 9. APPOINTED ATTORNEY: _____

_____ 10. COURT ORDERED HOLDS FOR: _____

ADDITIONAL REMARKS:
~~Contact~~ Contact Coosa have them Serve their
Warrants Judge Young may Consider Bonding him.
Beverly Argo

BOOKING OFFICER          OFFICER COMPLETING FORM

JAIL
FILE

IN THE CIRCUIT COURT OF COOSA COUNTY, ALABAMA

STATE OF ALABAMA

VS

DUNTAY CALDWELL                          CASE NO. <u>CC-2000-074</u>
AIS#_____

### ORDER OF TRANSFER

TO: Sheriff of Coosa County, Alabama

It being made known to the Court that the Defendant in the above-styled case has a matter set for Court on the 28th day of February, 2005, and that said Defendant is presently incarcerated at Tallapoosa County Jail, Dadeville, Alabama Be it now **ORDERED, ADJUDGED** and **DECREED** that you are hereby directed to take into your custody the above-named **DUNTAY CALDWELL**, for the purpose of transferring him to the Coosa County Jail on or before February 28, 2005.

DONE this _22nd_ day of _Feb._, 2005.

_____
JOHN E. ROCHESTER
CIRCUIT JUDGE

EVENT #:

**ALABAMA UNIFORM ARREST REPORT**

| Fingerprinted | R84 Completed |
|---|---|
| ☑ 1 Yes | ☑ 1 Yes |
| ☐ 2 No | ☐ 2 No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATI

**IDENTIFICATION**

| 1 ORI | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| A L 0 0 3 0 1 0 0 | Montgomery Police Department | | |

5 LAST, FIRST, MIDDLE NAME
CALDWELL, DONTAE

6 ALIAS AKA

| 7 SEX M | 8 RACE Black | 9 HGT. 5'10" | 10 WGT. 165 | 11 EYE BRO | 12 HAIR BLK | 13 SKIN | 14 | ☐ SCARS | ☑ MARKS | ☒ TATOOS | ☐ AMPUTATIONS |

15 PLACE OF BIRTH (CITY, COUNTY, STATE)
MONTGOMERY, AL - Tallapoosa

16 SSN

| 17 DATE OF BIRTH / 1973 | 18 AGE 31 | 19 MISCELLANEOUS ID # |

| 20 SID # | 21 FINGERPRINT CLASS KEY MAJOR PRIMARY SCDV SUB-SECONDARY FINAL | 22 DL # | 23 ST |
| 24 FBI # | HENRY CLASS / NCIC CLASS | 25 IDENTIFICATION COMMENTS |

| 26 ☒ RESIDENT / ☐ NON-RESIDENT | 27 HOME ADDRESS Montgomery    AL    36108 | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) detail Cars |
| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) UNEMPLOYED  FAST  Track | 31 BUSINESS ADDRESS Montgomery | 32 BUSINESS PHONE (334) 572-0087 |

**ARREST**

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP)
956 GOODWYN CT MON. AL 36108

| 34 SECTOR # 13 | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO ☐ IN STATE ☐ OUT STATE ☐ OTHER AGENCY |

| 36 CONDITION OF ARRESTEE | ☐ DRUNK ☒ SOBER ☐ DRINKING ☒ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES? ☒ NONE ☐ OFFICER ☐ ARRESTEE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON |

| 41 DATE OF ARREST 11/7/2004 | 42 TIME OF ARREST ☐ 1. AM ☒ 2. PM ☐ MIL | 43 DAY OF ARREST ☒ | 44 TYPE ARREST ☒ ON VIEW ☐ CALL ☐ WARRANT | 45 ARRESTED BEFORE? ☐ YES ☒ NO ☐ UNKNOWN |

| 46 CHARGE—1 ☐ FEL ☒ MISD DOMESTIC VIOLENCE(MENACING) | 47 UCR CODE | 48 CHARGE—2 ☐ FEL ☒ MISD PROBATION REVOCATION | 49 UCR CODE |
| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |

| 56 CHARGE—3 ☐ FEL ☒ MISD PROBATION REVOCATION | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☒ MISD | 59 UCR CODE |
| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |

| 66 ARREST DISPOSITION ☐ HELD ☐ BAIL ☒ RELEASED ☐ TOT—LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
| 78 VIN | | | | | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED

**JUVENILE**

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT | 83 RELEASED TO |
| | ☐ CONTINUED IN NARRATIVE |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y : ☐ AM ☐ PM ☐ MIL | 92 RELEASING OFFICER NAME D.EASTERLING | 93 AGENCY/DIVISION MPD | 94 ID # 1347 |
| 95 RELEASED TO: CITY JAIL | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)
NO INJURIES

*Hold for Tallapoosa Co*

| 102 SIGNATURE OF RECEIVING OFFICER | SIGNATURE OF RELEASING OFFICER D. Easterling 1347 | LOCAL USE: STATE USE: |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) D.EASTERLING | 112 ID # 1347 | 113 ARRESTING OFFICER (LAST, FIRST, M.) S.W.HORNER | 114 ID # 1526 | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |

## MONTGOMERY P. D. NCIC/ACJIC RETURNS

```
1L01*3QF*YR        .YR.AL0620000.
AL0030100.AL0620000.
11/07/2004 03:26
TXT **************SPECIAL ALERT****************

****HIT CONFIRMATION RESPONSE****

THE RECORD BELOW IS CONFIRMED

OCA/199800846.AIN/21593416.

**WANTED PERSON**

NAM/CALDWELL,DUNTAY T.DOB/        1973.SEX/M.

NAME OF CONFIRMER:PINKSTON.CONFIRMING AGENCY:TALLAPOOSA CO SO.
PHONE:(256)825-4264.FAX:(256)825-1012.
REM/WE HAVE CONFIRMED 29S ON THE ABV SUBJ WE WILL PICK SUBJ UP THIS MORNING PLS

HOLD SUBJ AT YOUR FACILITY  IF YOU HAVE ANY QUESTIONS PLS CONTACT US  THANK YOU

FOR YOUR ASSISTANCE   OPER: PINKSTON
SEQ # 0006 MRI # 023893
```



# MONTGOMERY P. D. NCIC/ACJIC RETURNS

```
1L01*3QK*YR          .YR.AL0220000.
AL0030100.AL0220000.
11/07/2004 03:32
TXT ***************SPECIAL ALERT****************

****HIT CONFIRMATION RESPONSE****

THE RECORD BELOW IS CONFIRMED

OCA/CC-OO-78.AIN/21722748.NIC/W016430690.

**WANTED PERSON**

NAM/CALDWELL, DUNTAY T.DOB/█████1973.SEX/M.

NAME OF CONFIRMER:WEBBER.CONFIRMING AGENCY:COOSA COUNTY SO.
PHONE:(256)377-4922.FAX:(256)377-2690.
REM/WE STILL HAVE ACTIVE WARRANTS ON THE SUBJECT IF YOU COULD DETAIN THE SUBJECT

 AND WE'LL CONTACT ABOUT EXTRADITION TOMORROW MORNING THANK YOU FOR YOU ASSISTAN
CE
SEQ # 0007 MRI # 024312
```

RESTRICTED - NOT FOR RELEASE OUTSIDE LAW ENFORCEMENT

## MONTGOMERY P. D. NCIC/ACJIC RETURNS

1L01*3QK*AM0857784 .AM.AL00301S1.AL0220000,AL0030100.
TO:COOSA COUNTYFROM:MONTGOMERY POLICE DEPARTMENTIN REF TO B/M DUNTAY CALDWELL DO

B 03071973.PLEASE SEND US A MESSEGE ADVISING USTO PLACE A HOLD AND YOU WILL CALL

   IN THE MORNING FOR EXTRADITION.WE CAN NOT PLACE A HOLD UNLESS THE MESSEGE ADVIS

E TO PLACE A HOLD.
SEQ # 0018 MRI # 027559

RESTRICTED. NOT FOR RELEASE OUTSIDE LAW ENFORCEMENT

# MONTGOMERY P. D. NCIC/ACJIC RETURNS

1L01*3QK*AM          .AM.AL0220001.AL0030100,AL0220000.
TO: MONTGOMERY PD
FROM: COOSA COUNTY SHERIFF'S DEPT

RE: DUNTAY CALDWELL

PLEASE HOLD MR. CALDWELL FOR US. WE WILL CONTACT YOU WITH FURTHER INFO ON WHEN W

E WILL PICK HIM UP SOON.

THANKS
SEQ # 0019 MRI # 028733

RESTRICTED - NOT FOR RELEASE OUTSIDE LAW ENFORCEMENT

# MONTGOMERY P. D. NCIC/ACJIC RETURNS

1L01*3QK*AM        .AM.AL0220001.AL0030100,AL0220000.
TO: MONTGOMERY PD
FROM: COOSA COUNTY SHERIFF'S DEPT

RE: DUNTAY CALDWELL

PLEASE HOLD MR. CALDWELL FOR US. WE WILL CONTACT YOU WITH FURTHER INFO ON WHEN W

E WILL PICK HIM UP SOON.

THANKS
SEQ # 0019 MRI # 028733



Jail



### JIMMY ABBETT
#### Sheriff

Tallapoosa County Sheriff's Department
316 Industrial Park Drive
Dadeville, Alabama 36853
(256) 825-4264 • FAX (256) 825-1012

---

## MEMORANDUM

**TO WHOM IT MAY CONCERN**

This is to certify that _Duntay Caldwell_ was

incarcerated in the Tallapoosa County Jail from _12-9_ 200_4_ thru

_Presently_ 20 _05_. If we can be of any further assistance, please feel free
to call.

David McMichael
Jail Administrator

by

Correctional Officer

_Will you please send my money to this address above._

_Duntay Y. Caldwell_




# JIMMY ABBETT
## Sheriff
Tallapoosa County Sheriff's Department
316 Industrial Park Drive
Dadeville, Alabama 36853
(256) 825-4264 • FAX (256) 825-1012

### FACSIMILE TRANSMITTAL SHEET

TO: Montgomery City Jail    FROM:

COMPANY:    DATE: 2-2-05

FAX NUMBER:    TOTAL NO. OF PAGES INCLUDING COVER:

PHONE NUMBER:    SENDER'S REFERENCE NUMBER:

RE: Dontay Caldwell    YOUR REFERENCE NUMBER:

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Attention Mrs. Binh

*Sheriff*
Tallapoosa County Sheriff's Department
316 Industrial Park Drive
Dadeville, Alabama 36853
(256) 825-4264 • FAX (256) 825-1012

FACSIMILE TRANSMITTAL SHEET

TO: Montgomery City Jail    FROM:

COMPANY:    DATE: 2-2-05

FAX NUMBER:    TOTAL NO. OF PAGES INCLUDING COVER:

PHONE NUMBER:    SENDER'S REFERENCE NUMBER:

RE: Dontay Caldwell    YOUR REFERENCE NUMBER:

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Attention Mrs. Bibb

316 INDUSTRIAL PARK DRIVE
DADEVILLE, AL 36853

*Tx Result Report*    No. 1

PRINT DATE = FEB. 02, 2005
PRINT TIME = 09:53

## TX RESULT REPORT

| FUNCTION | No. | DESTINATION STATION | DATE | TIME | PAGE | COMM. TIME | MODE | RESULT |
|----------|-----|---------------------|------|------|------|------------|------|--------|
| TX | 1 | 13342412864 | FEB. 02 | 09:52 | 2 | 0H00' 44" | STD | ECM OK |

03/16/2005            Tallapoosa County Sheriff's Department                    457
15:33                        Jail Log:                              Page:    1

    Event Number:     457478                                            Active
        Name ID:     20539   Confined

| Last: CALDWELL                        First: DUNTAY          Mid: TRELL |
| Addr ███████████████████             Phone: ███████████              |
| City: MONTGOMERY        ST: AL  Zip: ██████   DOB: ██████ 1973 SSN: ████ |

    Time/Date of Event: 15:22:04 03/16/2005     Treatment Date:
        Type of event: 009  DISCIPLINARY
           Quantity:     1.00
            Officer: ORLANDO JONES
    Booking Number: 05-000356
        Description:
(See below)

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Description:
RULE VIOLATION REPORT (TCJ FORM-19)USING ABUSIVE LANGUAGE TOWARD PERSONNEL
BEING DISRESPECTFUL TO OFFICERS

INCIDENT DATE:MARCH 16, 2005

INCIDENT TIME:1510

CELL NUMBER:C-9

STATEMENT OF CHARGES/RULE VIOLATIONS:USING ABUSIVE LANGUAGE TOWARD PERSONNEL

NARRATIVE:ON THE ABOVE DATE WIHILE RUNNING CONTROL RUN BOARD,INMATE CALDWELL
WAS IN C-9 AT THE TIME FOR SLEEPING.HE CALLED THE CONTROL ROOM AND ASK FOR
SOMETHING FOR A HEADACHE.I TOLD INMATE CALDWELL TO JUST CLOSE HIS EYES AND
REXLAX,THAT COULD POSSIBLE HELP HIS HEADACHE.INMATE CALDWELL AT THIS TIME TOLD
ME THAT QUOTE YOU CAN SUCK MY BIG BLACK DICK UNQUOTE.INMATE WAS BEING VERY
DISRESPECTFUL TOWARD MYSELF NAD OTHER FEMALE OFFICERS THAT WAS IN CONTROL AT
THIS TIME.WHICH WAS OFC MARSHALL, OFC DAUGHTRY,LT MOSS

RECOMMENDED DISCIPLINARY ACTION:5 DAYS IN DISCIPLINARY ISOLATION LOSS OF
COMMISSARY FOR 1 WEEK.

REPORTING OFFICER:ORLANDO JONES

# Tallapoosa County Jail
## Daily Jail Check Log

Cell: B-7

Date 3-27-05

Inmate: Caldwell, Duntay

| Time | Remarks | C.O. | Time | Remarks | C.O. |
|------|---------|------|------|---------|------|
| 1220 | ON BACK | 162 | 500 | ON BACK | 163 |
| 1245 | TRAY SERVED | 162 | 515 | on Back | 163 |
| 1815 | GAVE MEDS. | 162 | 0530 | on R side | 163 |
| 1847 | TRAY PICKED UP | 162 | 0550 | tray served | 163 |
| 1906 | TALKED TO ME | 162 | 0615 | tray up | 163 |
| 1915 | HOT & COLD SERVED | 162 | 0640 | on Back | 163 |
| 1945 | TALKED TO ME | 162 | 0700 | on Back | 163 |
| 2015 | SITTING ON BED | 162 | 0715 | on Back | 163 |
| 2035 | SITTING ON BED | 162 | 0746 | on Back | 163 |
| 2105 | WRITING LETTER | 162 | 0808 | on back | 154 |
| 2135 | SITTING ON BED | 162 | 0835 | on R side | 154 |
| 2200 | sitting on bed | 166 | 0858 | on R side | 154 |
| 2230 | ON BACK | 162 | 0945 | @ door talking | 154 |
| 2300 | at toilet | 166 | 1025 | on toilet | 154 |
| 2335 | ON L SIDE | 162 | 1028 | talking @ door | 154 |
| 0005 | ON L SIDE | 162 | 1110 | speaking w/ meds | 154 |
| 0030 | ON BACK | 162 | 1130 | on bed awake | 154 |
| 0100 | ON L SIDE | 162 | 1150 | tray served | 154 |
| 0130 | ON BACK | 162 | 1225 | tray up | 154 |
| 0200 | ON STOMACH | 162 | 1300 | talking @ door | 154 |
| 0230 | ON L SIDE | 162 | 1315 | talking in bed | 154 |
| 0300 | ON L SIDE | 162 | 1400 | @ door | 154 |
| 0330 | ON L SIDE | 162 | 1424 | Talking to me | C3L |
| 0400 | ON BACK | 162 | 1437 | talking to me | 73 |
| 0433 | ON L SIDE | 162 |  |  |  |
| 0454 | at Desk | 73 |  |  |  |

## TALLAPOOSA COUNTY JAIL
## DISCIPLINARY COMMITTEE ACTION

DATE: March 30, 2005

TO: Duntay  Caldwell                                  **CELL NUMBER: C-7**
Event #446876

You are hereby notified that the disciplinary committee has reviewed your case and the following decision has been rendered:

_____ You have been found not guilty of the alleged rules infraction and no disciplinary action will be taken against you.

__X__ You have been found to be guilty of rules infractions as charged, and the following disciplinary action shall be taken against you:

GUILTY, TO SERVE (5)DAYS IN DISCIPLINARY ISOLATION. TIME SERVED ON THIS INCIDENT.

The decision of the disciplinary committee was based on the following evidence:

Your testimony and documentation to support that you have been issued an Inmate Rules and Regulations book.

**COMMITTEE MEMBERS**                    A copy of this notice was served

                                         to the above named inmate on:

Ofc.Shaddix
Ofc.Hanson                               **MAR  30, 2005 AT 1520**
Sgt.Guthrie                              By _____


                                         **TCJ Form-19B**

```
02/18/2005              Tallapoosa County Sheriff's Department                    473
00:57                            Jail Log:                              Page:    1
                                                    2-25-0

    Event Number:    446876                                           Active
        Name ID:     20539  Confined
+----------------------------------------------------------------------------------+
| Last: CALDWELL                         First: DUNTAY        Mid: TRELL |
| Addr                                   Phone: (            |
| City: MONTGOMERY        ST: AL  Zip:        DOB:      /1973 SSN:       |
|                                                                      |
+----------------------------------------------------------------------------------+

    Time/Date of Event: 00:26:48 02/18/2005    Treatment Date:
        Type of event: 009  DISCIPLINARY
            Quantity:    1.00
             Officer: NAIL
      Booking Number: 04-002065
          Description:
(See below)


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

Description:
RULE VIOLATION REPORT (TCJ FORM-19)

INCIDENT DATE: 02/17/2005

INCIDENT TIME:17:51:00

CELL NUMBER:B-5

STATEMENT OF CHARGES/RULE VIOLATIONS:HOARDING MEDICATION (MAJOR
VIOLATION#15),AND POSSESSING NOT APROVED BY JAIL(MAJOR VIOLATION#4)

NARRATIVE:IN THE PROCESS OF THE SHAKEDOWN OFFICER STRONG WAS ON THELEFT SIDE OF
THE CELL WHEN SHE STARTED TO SEARCH INMATE CALDWELL'S BUNK WHEN SHE FOUND 9
BOTTLES OF MILK OF MAGNESIA WRAPPED UP IN A SHEET.SHE ALSO FOUND A PACK OF
ROLLING PAPERS IN A BIBLE THAT HAD A STRONG AROMA OF TOBACCO.SHE ALSO FOUND A
BOTTLE OF NIZORAL SHAMPOO,AND 2 PACKS OF HYDROCORRTISONE CREAM.I AM GOING TO
GET WITH THE NURSE ON WETHER OR NOT A DISIPLINARY SHOULD BE ADDED TO WHAT HE
HAS BEEN CHARGED WITH ALREADY.

RECOMMENDED DISCIPLINARY ACTION:10 DAYS ISOLATION,2 WEEKS NO COMMISARY,AND
SUSPENSION OF HIS MEDICATION OF MILK OF MAGNESIA

REPORTING OFFICER:c.158

SUPERVISOR:SGT.MASON

# TALLAPOOSA COUNTY JAIL
## PENDING DISCIPLINARY ACTION

TO:Duntay Caldwell                                    CELL NUMBER:B-5

This notice is to inform you that rule violations have been levied against you by Correctional Officers of the Tallapoosa County Jail. This will serve you notice that a Disciplinary Committee will be appointed within the next 7 days to hear the following rule violations against you.

**HOARDING MEDICATION ,AND POSSESSING NOT APPROVED BY JAIL**

If you feel that you are not guilty of the alleged violation, you may request a hearing before the disciplinary committee. When the committee reviews your case, you may present documentary evidence or call witnesses in your defense providing that this does not present an undue hazard to institutional safety or correctional goals.

You are hereby reminded that should you desire a hearing before the disciplinary committee, you have no right to confrontation of witnesses and no right to cross examine witnesses. Retained or appointed counsel will not be permitted.

### CHECK ONE

_____ I wish to have my case heard by the disciplinary committee and I hereby claim my right to 24 hours preparation time for my defense.

_____ I hereby waive my right to 24 hours preparation time and request an immediate hearing.

✔ After having been advised of my right to a hearing, I hereby acknowledge guilt of misconduct as charged and waive my right to a hearing before the disciplinary committee. I will accept whatever disciplinary action is deemed appropriate by the Jail Administrator. I am making this decision voluntarily and without coercion, threat, or promises from the jail staff.

Inmate Signature: _Duntay Caldwell_

Date/Time: _____

This notice was served to the above named inmate on _3 - 30 -05_

at _1510_ by _C. May_ .

Event # 446876                                    TCJ Form-19A

Time Saved

# Tallapoosa County Jail
## Daily Jail Check Log

Cell: B. 7

Inmate: Caldwell, Duntay

Date 4-14-05

| Time | Remarks | C.O. | Time | Remarks | C.O. |
|------|---------|------|------|---------|------|
| 2359 | on L side - asleep | 132 | | | |
| 0030 | on stomach | 132 | | | |
| 0115 | on L side | 132 | | | |
| 0150 | on L side | 132 | | | |
| 0226 | on L side | C06 | | | |
| 0300 | on L side | C06 | | | |
| 0311 | on stomach | C06 | | | |
| 0400 | on stomach | 132 | | | |
| 0430 | on L side | C06 | | | |
| 0500 | on B side | 154 | | | |
| 0505 | on R side | 73 | | | |
| 0527 | special cleaning | 133 | | | |
| 0530 | on stomach | 154 | | | |
| 0625 | ON BUNK | 133 | | | |
| 0640 | on L side | 154 | | | |
| 0658 | on L side | 73 | | | |
| 0715 | on L side | 73 | | | |
| 0730 | on L side | 154 | | | |
| 0745 | on L side | 73 | | | |
| 0815 | on L side | 154 | | | |
| 0859 | TALKing to me | 133 | | | |
| 0904 | gave tissue | 154 | | | |
| 0920 | @ door talking | 154 | | | |
| 0915 | out to Dr | 154 | | | |
| | | | | | |
| | | | | | |

05/05/2005                 Tallapoosa County Sheriff's Department                      420
11:01                                                                        Page:    1

Check/Id Number:       1179
            Date: 05/05/2005
Cash Account for:      20539                           Acct. Balance: $0.00
            DUNTAY TRELLIS CALDWELL           Loc: TCJ -TCJ -B   -B-2 -0013


I, DUNTAY TRELLIS CALDWELL, hereby authorize the withdrawl of $66.30
from my cash account, to be paid to DUNTAY CALDWELL
by MADAMS

                              _____
                              DUNTAY TRELLIS CALDWELL


I, MADAMS, certify that I have withdrawn $66.30 from the
cash account of DUNTAY TRELLIS CALDWELL and paid this amount to
DUNTAY CALDWELL as authorized.




                         By: _____
                              MADAMS


I, DUNTAY CALDWELL, hereby certify that I have received
$66.30 withdrawn from the cash account of DUNTAY TRELLIS CALDWELL

                              _____
                              DUNTAY CALDWELL

```
03/16/2005                Tallapoosa County Sheriff's Department                    457
15:33                              Jail Logs                                  Page:    1

    Event Number:    457478                                                  Active
       Name ID:      38520  Confined
--------------------------------------------------------------------------------
| Last: CALDWELL                         | First: DUNTAY           | Mid: TRELL |
| Addr [REDACTED]                        |          Phone: (       |            |
| City: MONTGOMERY        St: AL  Zip: [REDACTED]  DOB:    /1973 SSN: [REDACTED] |

  Time/Date of Event: 15:22:04 03/16/2005    Treatment Date:
      Type of event: 009  DISCIPLINARY
          Quantity:    1.00
           Officer: ORLANDO JONES
     Booking Number: 05-000356
        Description:
(See below)
```

=== == == == == == == == == == == == == == == == == == == == == == == == ==

**Description:**
RULE VIOLATION REPORT (TCJ FORM-19)USING ABUSIVE LANGUAGE TOWARD PERSONNEL
BEING DISRESPECTFUL TO OFFICERS

INCIDENT DATE:MARCH 16,2005


INCIDENT TIME:1510

CELL NUMBER:D-9

STATEMENT OF CHARGES/RULE VIOLATIONS:USING ABUSIVE LANGUAGE TOWARD PERSONNEL

NARRATIVE:ON THE ABOVE DATE WHILE RUNNING CONTROL RUN BOARD, INMATE CALDWELL
WAS IN D-9 AT THE TIME FOR BLEEDING.HE CALLED THE CONTROL ROOM AND ASK FOR
SOMETHING FOR A HEADACHE.I TOLD INMATE CALDWELL TO JUST CLOSE HIS EYES AND
REXLAX, THAT COULD POSSIBLE HELP HIS HEADACHE,INMATE CALDWELL AT THIS TIME TOLD
ME THAT QUOTE YOU CAN SUCK MY BIG BLACK DICK UNQUOTE.INMATE WAS BEING VERY
DISRESPECTFUL TOWARD MYSELF AND OTHER FEMALE OFFICERS THAT WAS IN CONTROL AT
THIS TIME,WHICH WAS OFC MARSHALL, OFC DAUGHTRY, LT MOSS

RECOMMENDED DISCIPLINARY ACTION:3 DAYS IN DISCIPLINARY ISOLATION LOSS OF
COMMISSARY FOR 1 WEEK.

REPORTING OFFICER:ORLANDO JONES        *Sgt Jones*







# TALLAPOOSA COUNTY JAIL
# INMATE VISITORS LIST

_Caldwell, Duntay_            CFO    12-16-04

NAME (LAST)    (FIRST)            CELL #        DATE

LIST A MAXIMUM OF FIVE NAMES OF FAMILY OR FRIENDS THAT YOU WOULD LIKE TO COME VISIT YOU.

#1 NAME: _Rose M Hall Caldwell_ AGE: _33_ RELATIONSHIP: _Wife_

ADDRESS: _956-D Creekwynd Ct. Mont Al 36108_ PHONE #: _334-262-3165_

#2 NAME: _Kathy Mims_ AGE: _49_ RELATIONSHIP: _Mother_

ADDRESS: _1800 Lee Rd. 401 Opel. Lee Al 36804_ PHONE #: _334-705-0122_

#3 NAME: _Eddie Mae Caldwell_ AGE: _65_ RELATIONSHIP: _Grandmom_

ADDRESS: _P.O. Box 361 Camp Hill, Al 36850_ PHONE #: _256-896-2199_

#4 NAME: _Faynette Cox_ AGE: _45_ RELATIONSHIP: _Aunt_

ADDRESS: _P.O. Box 742 Camp H. W. Al 36850_ PHONE #: _256-896-4454_

#5 NAME: _Tennille Burns_ AGE: _26_ RELATIONSHIP: _Sister_

ADDRESS: _H-3 Church Ct. Camp Hill, Al 3600_ PHONE #: _256-896-4454_

NOTE: THIS VISITORS LIST SHALL NOT BE CHANGED FOR 90 DAYS.

VISTATION DAY/TIME: _Sat  10:30 A_   _Duntay Caldwell_

(INMATE SIGNATURE)

P.O. Box 2537
Opelika  AL 36803
MEDICINE ASSOCIATES, P.C.  749-3

| DR# | DESCRIPTION | AMOUNT |
|---|---|---|
| | BALANCE FORWARD | .00 |
| 58 | NEW PT OV, EXPANDED | 61.00 |

NAME: DANTAY C...
STATEMENT DATE: 04/29/...

**MESSAGE AREA**

ASK YOUR DR ABOUT ROUTINE
COLON/RECTAL EXAMS
*INSURANCE CALL 334-705-0...
*ACCOUNT  CALL 334-705-0...
****INSURANCE PENDING IS ...
AMOUNT THAT WAS FILED ...
YOUR INSURANCE COMPANY...
****THE PATIENT DUE BALANCE...
IS THE AMOUNT YOU OWE.

INSURANCE PENDING $  61.00

| AGING ACCOUNTS RECEIVABLE | | | | ACCOUNT BALANCE | PATIENT DUE BALANCE |
|---|---|---|---|---|---|
| OVER 30 | OVER 60 | OVER 90 | OVER 120 | | |

ACCOUNT BALANCE  $ ...  PATIENT DUE BALANCE

**DETACH AT PERFORATION AND RETURN THIS STUB WITH REMITTANCE**

| ACCOUNT NUMBER | DATE |
|---|---|
| 86456 | 04/29/05 |

DANTAY CALDWELL
316 IND PARK
DADEVILLE AL 36853

INDICATE
AMOUNT $_____

ACCOUNT BALANCE  61.00

**TERMS — CASH UPON RECEIPT UNLESS PRIOR ARRANGEMENTS HAVE BEEN MADE**

**Exhibit BB**
**Affidavit of Cathy Dubose**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

DUNTAY CALDWELL,                    )
                                    )
    Plaintiff,                 )
                                    )
v.                                  )
                                    )    Civil Action No.  3:05-CV-796-F
JIMMY ABBETT, et al.                )
                                    )
    Defendants.                )
                                    )

## AFFIDAVIT OF CATHY DUBOSE

STATE OF ALABAMA            )
                            )
COUNTY OF TALLAPOOSA        )

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Cathy Dubose, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Cathy Dubose.  I am over the age of nineteen and competent to make this affidavit.

2.    I am a Registered Nurse and provide medical services to the inmates at the Tallapoosa County Jail and have done so since January 23, 2005.

3.    I certify and state that the documents from Plaintiff's Medical File provided to the Court which are attached to the Defendants' Special Report are true and correct copies of medical records, kept at the Tallapoosa County Jail in the regular course of business.  I am the Custodian of these Records.

4.    I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

*Cathy DuBose*

CATHY DUBOSE

**SWORN TO** and **SUBSCRIBED** before me this 6th day of October, 2005.

*Toni McCary*

NOTARY PUBLIC    MY COMMISSION EXPIRES APRIL 5, 2009
My Commission Expires: _____