IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DUNTAY CALDWELL, #176261,    ) | |
|                                         ) | |
|     Plaintiff,                          ) | |
|                                         ) | |
| v.                                          ) | CIVIL ACTION NO. 3:05cv796-F |
|                                         ) | (WO) |
| JIMMY ABBETT, *et al.*,          ) | |
|                                         ) | |
|     Defendants.                     ) | |

## ORDER

On November 14, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 12). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for failure of the plaintiff to comply with the orders of this court and his failure to properly prosecute this action.

Done this the 15th day of December 2005.

                                                                         /s/ Mark E. Fuller
                                                          CHIEF UNITED STATES DISTRICT JUDGE