IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DUNTAY CALDWELL, #176261, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  3:05cv796-F |
| | )                (WO) |
| JIMMY ABBETT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed without prejudice.

Done this the 15th day of December 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE